FILED
JUL 17 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                     Deputy Clerk

ENTERED
JUL 17 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                     Deputy Clerk

ORIGINAL

```
 1  THEODORE B. STOLMAN (State Bar No. CA 52099)
    TStolman@Stutman.com
 2  SCOTT H. YUN (State Bar No. CA 185190)
    SYun@Stutman.com
 3  STUTMAN, TREISTER & GLATT, P.C.
    1901 Avenue of the Stars, 12th Floor
 4  Los Angeles, CA  90067
 5  Telephone:      (310) 228-5600
    Facsimile:      (310) 228-5788
 6
 7  and

 8  ROBERT W. JONES (State Bar No. 10951200)
    RWJones@pattonboggs.com
 9  J. MAXWELL TUCKER (State Bar No. 20270900)
    MTucker@pattonboggs.com
10  BRENT R. MCILWAIN (State Bar No. 24013140)
    BMcIlwain@pattonboggs.com
11  PATTON BOGGS LLP
    2001 Ross Avenue, Suite 3000
12  Dallas, TX  75201-8001
    Telephone:      (214) 758-1500
13  Facsimile:      (214) 758-1550

14  Proposed Bankruptcy Counsel for the Debtor and Debtor in Possession

15  Debtor's Mailing Address:
    2727 East Imperial Highway
16  Brea, California  92821

17
18                    UNITED STATES BANKRUPTCY COURT
                      CENTRAL DISTRICT OF CALIFORNIA
                             SANTA ANA DIVISION
19
20  In re:                              §  CASE NO. 8:08-13421-ES
                                        §
21  FREMONT GENERAL CORPORATION, a      §  CHAPTER 11
    Nevada corporation,                 §
22                                      §  FINDINGS OF FACT AND CONCLUSIONS
                   Debtor.              §  OF LAW SUPPORTING ORDER APPROVING
23                                      §  MOTION FOR ORDER AUTHORIZING THE
    Tax I.D. 95-2815260                 §  DEBTOR TO USE THE SHARES OF A
24                                      §  NON-DEBTOR SUBSIDIARY TO
                                        §  CONSUMMATE THE CAPITALSOURCE
25                                      §  TRANSACTION
                                        §
26                                      §
                                        §
27                                      §
                                        §
28
```

476175v1

1   On July 17, 2008, a hearing (the "Hearing") was held to
2 consider the *Motion for Order Authorizing the Debtor to Use the*
3 *Shares of a Non-Debtor Subsidiary to Consummate the CapitalSource*
4 *Transaction* (the "Motion"), filed by Fremont General Corporation
5 (the "Debtor") on June 23, 2008 [Docket No. 29].[1] The Court,
6 having reviewed the Motion, the supporting declarations, and all
7 other pleadings filed in this case; having heard statements from
8 counsel in support of approval of the Motion; and good and
9 sufficient cause appearing therefor, hereby makes the following
10 Findings of Fact and Conclusions of Law[2]:

11  **I.    Findings of Fact**

12  A.   Notice of the Motion and of the hearing on the
13 Motion was adequate and sufficient under the circumstances of this
14 case and proceeding and complied with the various applicable
15 requirements of the Bankruptcy Code, the Federal Rules of
16 Bankruptcy Procedure, the Local Bankruptcy Rules, and the
17 procedural due process requirements of the United States
18 Constitution.

19  B.   The negotiation and execution of the APA and all
20 other aspects of the CapitalSource Transaction were in good faith.

21  C.   CSE is a third-party purchaser unrelated to the
22 Debtor or the Bank.

23  ~~D.   The purchase terms, as set forth in the APA, are~~
24 ~~fair and reasonable under the circumstances, and the consideration~~

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] A separate order (the "Order") granting the relief requested in the Motion has been entered, and is supported by the findings of fact and conclusions of law set forth herein.

1  ~~to be received for the Purchased Assets constitutes fair~~
2  ~~consideration for the Purchased Assets~~.

3    E.  The Debtor's shares of stock in FGCC are property of
4  the estate and use of the Debtor's stock to approve consummation of
5  the CapitalSource Transaction represents a sound exercise of the
6  Debtor's business judgment.

7    F.  The Motion should be approved as it is in the best
8  interests of the Debtor's creditors, equity holders, and other
9  parties in interest in this case.

10    G.  Time is of the essence in consummating the
11  CapitalSource Transaction, and therefore, sufficient cause exists
12  for waiver of the ten-day stay imposed by Federal Rule of
13  Bankruptcy Procedure 6004(h), so as to permit a closing to occur as
14  soon as practicable upon entry of the Order.

15  **II.  Conclusions of Law**

16    1.  The Court has jurisdiction to hear and determine the
17  Motion and to grant the relief requested in the Motion pursuant to
18  28 U.S.C. §§ 157 & 1334(b).

19    2.  The Order constitutes a final order within the
20  meaning of 28 U.S.C. § 158(a).

21    3.  This Motion is a core proceeding within the meaning
22  of 28 U.S.C. § 157(b).

23    4.  The statutory predicates for the Motion are sections
24  363(b), 105(a) and 541 of the Bankruptcy Code.

25    5.  Section 363(b) of the Bankruptcy Code provides
26  sufficient authority for the Debtor to use its shares of FGCC to
27  direct FGCC to, in turn, direct the Bank to consummate the
28  CapitalSource Transaction pursuant to the APA.

6. To the extent that any Conclusion of Law set forth above constitutes a Finding of Fact or vice versa, this Court also concludes or finds as appropriate.

DATED: July 17, 2008

_____
Honorable Erithe A. Smith
United States Bankruptcy Judge

476175v1

3

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re  (SHORT TITLE)  **FREMONT GENERAL CORPORATION,**  Debtor. | CHAPTER **11** CASE NUMBER: 8:08-13421-ES  **ADV. NO.** |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled (specify):

    **FINDINGS OF FACT AND CONCLUSIONS OF LAW SUPPORTING ORDER APPROVING MOTION FOR ORDER AUTHORIZING THE DEBTOR TO USE THE SHARES OF A NON-DEBTOR SUBSIDIARY TO CONSUMMATE THE CAPITALSOURCE TRANSACTION**

    was entered on (specify date):   JUL 17 2008

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

    JUL 17 2008

Dated:   JUL 17 2008

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____/s/ Tina Duarte_____
    Deputy Clerk

---

Rev. 6/95   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Fremont General Corporation
Service List (Main) Updated: 7/14/08
Doc No. 475195

Fremont General Corporation
2727 E. Imperial Highway
Brea, CA 92821-6713
Attention: General Counsel

Fremont Investment & Loan
2727 East Imperial Highway
Brea, CA 92821-6713
Attention: General Counsel

Robert W. Jones
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201-8001

United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

U.S. Department of Justice Tax Division
Civil Trial Section, Western Region
P. O. Box 683
Ben Franklin Station
Washington, DC 20044

United States Attorney's Office Tax Division
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, CA 90012

Securities Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Attention: Bankruptcy
P. O. Box 2952
Sacramento, CA 95812-2952

Wells Fargo Bank N.A.
Attn: Keith Endersen
350 W. Colorado Blvd., Suite 210
Pasadena, CA 91105

Bank of New York
Attn: Bridget Schessler
301 Grant Street, Suite 1100
Pittsburgh, PA 15219

HSBC Bank USA, N.A.
Attn: Robert A. Conrad
452 Fifth Avenue
New York, NY 10016

Tennenbaum Capital Partners, LLC
Attn: Steve Wilson
2951 28th Street, Suite 1000
Santa Monica, CA 90405

Rita Angel
9 E. 79th St.
New York, NY 10021

Rita Angel
c/o Joshua T. Angel
2 Park Avenue
New York, NY 10016

Dennis G. Danko
Loretta M. Danko, Ttee
Dennis & Loretta M. Danko Fam Tr.
U/A 7/7/88
10941 E. Buckskin Trail
Scottsdale, AZ 85255

Howard Amster
23811 Chagrin Blvd., Suite 200
Beachwood, OH 44122

James M. Rockett
Bingham McCutchen LLP
3 Embarcadero Center
San Francisco, CA 94111

CapitalSource TRS Inc.
Attn: Chief Legal Officer
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Federal Deposit Insurance Corporation
Division of Supervision and Consumer Protection
San Francisco Regional Office
25 Jessie Street at Ecker Square, Suite 2300
San Francisco, CA 94105

State of California
Department of Financial Institutions
111 Pine Street, Suite 1100
San Francisco, CA 94111-5613

Sarah Moyed, Esq.
Security Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Edmund Brown, W. Freeman, Mark Richelson, R. Jue, L. Chao
Office of the Attorney General
300 South Spring Street, Room 1702
Los Angeles, CA 90013

T. Welsh, M. Levinson, J. Houpt
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

John Haack
2500 Village Lane
Foristell, MO 63348

Evelyn Gofberg, Pro Se
100 Alnwick Road
Malverne, New York 11565

Special Notice

Attys for Bank of New York
Pillsbury Winthrop Shaw Pittman
Attn: Mark D. Houle, Esq.
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122

Attys for HSBC Bank USA, National
Assn., as Trustee
Ropes & Gray LLP
Attn: Mark R. Somerstein, A. Vanderwal
1211 Avenue of the Americas
New York, NY 10036-8704

Attys for Interested Party Ronald J.
Nicholas, Jr.
George B. Piggott, Esq.
2 Park Plaza, Suite 300
Irvine, CA 92614-8513

Bk Attys for NY State Teachers'
Retirement System
Michael S. Etkin, S. Jason Telle
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Attys for Official Committee of Unsecured
Creditors
Klee, Tuchin, Bogdanoff & Stern LLP
Attn: Lee R. Bogdanoff, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049

Attys for Wells Fargo Bank, NA
Arent Fox LLP
Attn: Andrew I. Silfen, Sally Siconolfi
1675 Broadway
New York, NY 10019

Attys for Henry and Pamela Peters
Law Office of Shmuel Klein, PC
268 Route 59 West
Spring Valley, NY 10977

Attys for NY State Teachers' Retirement
System
Salvatore J. Graziano
Bernstein Litowitz Berger & Grossmann
1285 Avenue of the Americas
New York, NY 10019

Attys for the Official Committee of Equity
Security Holders
Weiland, Golden, et al.
Attn: Evan D. Smiley, Esq.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Attys for iStar Financial, Inc.
Katten Muchin Rosenman LLP
c/o Thomas J. Leanse, Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Attys for Wells Fargo Bank, NA
Wells Fargo Bank, NA
Attn: James R. Lewis
45 Broadway, 14th Floor
New York, NY 10006

Bk Attys for NY State Teachers'
Retirement System
Jesse S. Finlayson, Michael R. Williams
Finlayson Augustini & Williams
110 Newport Center Drive, Suite 100
Newport Beach, CA 92660

Attys for Water Garden Company
Harold A. Olsen
Strook & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038