FILED & ENTERED

OCT 24 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels   DEPUTY CLERK

THEODORE B. STOLMAN (State Bar No. CA 52099)
TStolman@Stutman.com
WHITMAN L. HOLT (State Bar No. CA 238198)
WHolt@Stutman.com
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:     (310) 228-5600
Facsimile:     (310) 228-5788

-and-

ROBERT W. JONES (State Bar No. TX 10951200)
RWJones@pattonboggs.com
J. MAXWELL TUCKER (State Bar No. TX 20270900)
MTucker@pattonboggs.com
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, TX  75201-8001
Telephone:     (214) 758-1500
Facsimile:     (214) 758-1550

Reorganization Counsel for Debtor and Debtor in Possession

Debtor's Mailing Address:
2727 East Imperial Highway
Brea, California  92821

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | § CASE NO. 8:08-bk-13421-ES |
| | § |
| FREMONT GENERAL CORPORATION, a | § CHAPTER 11 |
| Nevada corporation, | § |
| | § **ORDER GRANTING THE MOTION FOR** |
| Debtor. | § **ORDER EXTENDING THE EXCLUSIVE** |
| | § **PERIODS IN WHICH ONLY THE DEBTOR** |
| Tax I.D. 95-2815260 | § **MAY FILE A PLAN AND SOLICIT** |
| | § **ACCEPTANCES THERETO** |
| | § |
| | § __**Hearing**__ |
| | § Date:    October 16, 2008 |
| | § Time:    10:30 a.m. |
| | § Place:   Courtroom 5A |
| | §          411 West Fourth St. |
| | §          Santa Ana, California |

1    WHEREAS, this matter came before the Court on the *Motion*

2 *for Order Extending the Exclusive Periods in Which Only the Debtor*

3 *May File a Plan and Solicit Acceptances Thereto* (the "Exclusivity

4 Motion" [Docket No. 251]) filed on September 22, 2008 by Fremont

5 General Corporation, debtor and debtor in possession in the above-

6 captioned chapter 11 case (the "Debtor");

7    WHEREAS, the Official Committee of Unsecured Creditors

8 filed an opposition to the Exclusivity Motion on October 6, 2008

9 (the "Objection" [Docket No. 286]);

10    WHEREAS, the Official Committee of Equity Holders filed a

11 joinder in support of the Exclusivity Motion on October 9, 2008

12 (the "Joinder" [Docket No. 296]);

13    WHEREAS, the Debtor filed a reply brief in further

14 support of the Exclusivity Motion on October 13, 2008 (the "Reply"

15 [Docket No. 298]);

16    WHEREAS, a hearing was held on October 16, 2008 to

17 consider the Exclusivity Motion (the "Hearing");

18    WHEREAS, the Court has read and fully considered the

19 Exclusivity Motion, the Objection, the Joinder, the Reply, and all

20 related pleadings and has further fully considered the arguments

21 made by the parties' counsel at the Hearing; and

22    WHEREAS, the Court finds that "cause" to extend

23 exclusivity exists under 11 U.S.C. § 1121(d) for the reasons stated

24 by the Court on the record at the Hearing;

25    **NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND**

26 **DECREED THAT:**

27    1.    The Exclusivity Motion is GRANTED in its entirety;

28    2.    The Objection is OVERRULED;

1

1            3.    The exclusive period in which only the Debtor may

2 file a plan under 11 U.S.C. §§ 1121(b) & 1121(c)(2) is extended by

3 106 days, or from October 16, 2008 through and including January

4 30, 2009; and

5            4.    The exclusive period in which only the Debtor may

6 solicit acceptances to a plan under 11 U.S.C. § 1121(c)(3) is

7 extended by 136 days, or from December 15, 2008 through and

8 including April 30, 2009.

9

10 Presented by:

11 /s/*Whitman L. Holt*

12 THEODORE B. STOLMAN
WHITMAN L. HOLT
STUTMAN, TREISTER & GLATT
13 PROFESSIONAL CORPORATION

14 - and –

15 ROBERT W. JONES
J. MAXWELL TUCKER
16 PATTON BOGGS LLP

17 Reorganization Counsel for Debtor and Debtor in Possession

18                                  ###

19

20

21

22

23

24   DATED: October 24, 2008

*Erithe A. Smith*
_____
25                      United States Bankruptcy Judge

26

27

28

1

2

**DECLARATION OF SERVICE**

3          I am over the age of 18 years and not a party to the
within action.  I am employed in an office that employs a member of

4    the bar of this court, at whose direction the within service was
made.  My business address is 1901 Avenue of the Stars, 12th Floor,

5    Los Angeles, California 90067

6          On October 17, 2008, I served the following pleading:

7    **ORDER GRANTING THE MOTION FOR ORDER EXTENDING THE EXCLUSIVE PERIODS
IN WHICH ONLY THE DEBTOR MAY FILE A PLAN AND SOLICIT ACCEPTANCES**

8    **THERETO**

9    on the interested parties in this action by placing true copies
thereof, enclosed in sealed envelopes, with first class postage

10   thereon fully prepaid, in the United States mail at Los Angeles,
California addressed as follows:

11

12

**SEE ATTACHED SERVICE LIST**

13

14         I declare under penalty of perjury that the foregoing is

15   true and correct.

16         Executed on October 17, 2008 at Los Angeles, California.

17

                                  /s/ *Melissa C. Altamirano*

18                              Melissa C. Altamirano, Declarant

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

Fremont General Corporation
2727 E. Imperial Highway
Brea, CA  92821-6713
Attention:  General Counsel

Fremont Investment & Loan
2727 East Imperial Highway
Brea, CA  92821-6713
Attention:  General Counsel

Robert W. Jones
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, TX  75201-8001

United States Trustee
411 West Fourth Street, Suite
9041
Santa Ana, CA  92701-4593

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

U.S. Department of Justice Tax
Division
Civil Trial Section, Western
Region
P. O. Box 683
Ben Franklin Station
Washington, DC  20044

United States Attorney's Office
Tax Division
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, CA  90012

Securities Exchange Commission
5670 Wilshire Boulevard, 11th
Floor
Los Angeles, CA  90036

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA  94280-0001

Franchise Tax Board
Attention: Bankruptcy
P. O. Box 2952
Sacramento, CA  95812-2952

Wells Fargo Bank N.A.
Attn: Keith Endersen
350 W. Colorado Blvd., Suite 210
Pasadena, CA  91105

Bank of New York
Attn:  Bridget Schessler
301 Grant Street, Suite 1100
Pittsburgh, PA  15219

HSBC Bank USA, N.A.
Attn: Robert A. Conrad
452 Fifth Avenue
New York, NY  10016

Tennenbaum Capital Partners, LLC
Attn:  Steve Wilson
2951 28th Street, Suite 1000
Santa Monica, CA  90405

Rita Angel
9 E. 79th St.
New York, NY  10021

Rita Angel
c/o Joshua T. Angel
Herrick & Feinstein
2 Park Avenue
New York, NY  10016

Dennis G. Danko
Loretta M. Danko, Ttee
Dennis & Loretta M. Danko Fam Tr.
U/A 7/7/88
10941 E. Buckskin Trail
Scottsdale, AZ  85255

Howard Amster
23811 Chagrin Blvd., Suite 200
Beachwood, OH  44122

James M. Rockett
Bingham McCutchen LLP
3 Embarcadero Center
San Francisco, CA  94111

CapitalSource TRS Inc.
Attn: Chief Legal Officer
4445 Willard Avenue, 12th Floor
Chevy Chase, MD  20815

Federal Deposit Insurance
Corporation
Division of Supervision and
Consumer Protection
San Francisco Regional Office
25 Jessie Street at Ecker Square,
Suite 2300
San Francisco, CA  94105

State of California
Department of Financial
Institutions
111 Pine Street, Suite 1100
San Francisco, CA  94111-5613

Sarah Moyed, Esq.
Security Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA  90036

Robert L. Chapman, Jr.
Chapman Capital L.L.C.
1007 N. Sepulveda Blvd.
No. 129
Manhattan Beach, CA  90267

Special Notice


**Attys for the Official Committee
of Equity Security Holders**
Weiland, Golden, et al.
Attn: Evan D. Smiley, Esq.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

**Attys for Bank of New York**
Pillsbury Winthrop Shaw Pittman
Attn:  Mark D. Houle, Esq.
650 Town Center Drive, Suite 700
Costa Mesa, CA  92626-7122

**Attys for Official Committee of Unsecured Creditors**
Klee, Tuchin, Bogdanoff & Stern LLP
Attn:  Lee R. Bogdanoff, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6049

**Attys for iStar Financial, Inc.**
Katten Muchin Rosenman LLP
c/o Thomas J. Leanse, Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012

**Attys for HSBC Bank USA, National Assn., as Trustee**
Ropes & Gray LLP
Attn:  Mark R. Somerstein, A. Vanderwal
1211 Avenue of the Americas
New York, NY  10036-8704

**Attys for Wells Fargo Bank, NA**
Arent Fox LLP
Attn:  Andrew I. Silfen, Sally Siconolfi
1675 Broadway
New York, NY  10019

**Attys for Wells Fargo Bank, NA**
Wells Fargo Bank, NA
Attn:  James R. Lewis
45 Broadway, 14th Floor
New York, NY  10006

**Attys for Interested Party Ronald J. Nicholas, Jr.**
George B. Piggott, Esq.
2 Park Plaza, Suite 300
Irvine, CA  92614-8513

**Attys for Henry and Pamela Peters**
Law Office of Shmuel Klein, PC
268 Route 59 West
Spring Valley, NY  10977

**Bk Attys for NY State Teachers'**
**Retirement System**
Jesse S. Finlayson, Michael R.
Williams
Finlayson Augustini & Williams
110 Newport Center Drive, Suite
100
Newport Beach, CA  92660

**Bk Attys for NY State Teachers'**
**Retirement System**
Michael S. Etkin, S. Jason Telle
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

**Attys for NY State Teachers'**
**Retirement System**
Salvatore J. Graziano
Bernstein Litowitz Berger &
Grossmann
1285 Avenue of the Americas
New York, NY  10019

**Attys for Water Garden Company**
Harold A. Olsen
Strook & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038

**Attys for Defs Stephen H. Gordon**
**and David S. De Pillo**
Steven A. Marenberg, Charles E.
Elder
Irell & Manella LLP
1800 Avenue of the Stars, Suite
900
Los Angeles, CA  90067-4276

**Attys for Defs Stephen H. Gordon**
**and David S. De Pillo**
Kerri A. Lyman, Esq.
Irell & Manella
840 Newport Center Drive, Suite
400
Newport Beach, CA  92660

**Attys for Iron Mountain Info**
**Mgmt.**
Frank F. McGinn
Bartlett Hackett Feinberg, P.C.
155 Federal St., 9th Floor
Boston, MA  02110

**Attys for Kelly Capital**
David L. Osias, Rober R. Barnes
Allen Matkins Leck, et al.
501 West Broadway, 15th Fl.
San Diego, CA  92101

**Attys for Ronald A. Groden**
David W. Wirt, Katherine H.
Harris
Locke Lord Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, IL  60606

**Attys for Ronald A. Groden**
Kelly S. Sinner, Esq.
Locke Lord Bissell & Liddell, LLP
300 S. Grand Ave., Suite 2600
Los Angeles, CA  90071

**Attys for Gerling Global Reins.
Corp. of America**
Juan A. Torres, Esq.
Musick, Peeler & Garrett, LLP
One Wilshire Blvd., Suite 2000
Los Angeles, CA  90017

**Attys for Gerling Global Reins.
Corp. of America**
Sigrid S. Franzblau, Esq.
Riker, Danzig, Scherer, Hyland &
Perretti
One Speedwell Ave.
Morristown, NJ  07962-1981

**Attys for James McIntyre**
James McIntyre
c/o Robert R. Kinas, Esq.
Snell & Wilmer LLP
3883 Howard Hughes Parkway, Suite
1100
Las Vegas, Nevada 89169

LA County Treasurer and Tax
Collector
PO Box 54110
Los Angeles, CA 90051-0110

**Authorized Agent for America's
Servicing Company**
John D. Schlotter, Esq.
McCalla Raymer, LLC
1544 Old Alabama Rd.
Roswell, GA  30076-2102

**SERVICE LIST FOR ENTERED ORDER**

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| Dustin P Branch<br>dustin.branch@kattenlaw.com<br><br>Frank Cadigan<br>frank.cadigan@usdoj.gov<br><br>Jesse S Finlayson    jfinlayson@faw-law.com, wmills@faw-law.com<br><br>Whitman L Holt    wholt@stutman.com<br><br>Mark D Houle<br>mark.houle@pillsburylaw.com<br><br>Kerri A Lyman    klyman@irell.com<br><br>Robert S Marticello<br>Rmarticello@wgllp.com<br><br>David L Osias<br>bcrfilings@allenmatkins.com<br><br>Jonathan Petrus    jpetrus@ktbslaw.com<br><br>Evan D Smiley    esmiley@wgllp.com<br><br>Philip E Strok    pstrok@wgllp.com<br><br>Samuel J Teele<br>steele@lowenstein.com<br><br>United States Trustee (SA)<br>ustpregion16.sa.ecf@usdoj.gov<br><br>Alan Z Yudkowsky<br>ayudkowsky@stroock.com<br><br>Scott H Yun    syun@stutman.com | Fremont General Corporation<br>2727 E. Imperial Highway<br>Brea, CA  92821-6713<br>Attention:  General Counsel |
| | Fremont Investment & Loan<br>2727 East Imperial Highway<br>Brea, CA  92821-6713<br>Attention:  General Counsel |

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
| --- | --- |
| | Robert W. Jones<br>PATTON BOGGS LLP<br>2001 Ross Avenue, Suite 3000<br>Dallas, TX   75201-8001 |
| | United States Trustee<br>411 West Fourth Street, Suite 9041<br>Santa Ana, CA   92701-4593 |
| | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA   19114 |
| | U.S. Department of Justice<br>Tax Division<br>Civil Trial Section, Western Region<br>P. O. Box 683<br>Ben Franklin Station<br>Washington, DC   20044 |
| | United States Attorney's Office Tax Division<br>Federal Building, Room 7211<br>300 North Los Angeles Street<br>Los Angeles, CA   90012 |
| | Securities Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA   90036 |
| | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA   94280-0001 |
| | Franchise Tax Board<br>Attention: Bankruptcy<br>P. O. Box 2952<br>Sacramento, CA   95812-2952 |

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| | Wells Fargo Bank N.A.<br>Attn: Keith Endersen<br>350 W. Colorado Blvd.,<br>Suite 210<br>Pasadena, CA  91105 |
| | Bank of New York<br>Attn:  Bridget Schessler<br>301 Grant Street, Suite<br>1100<br>Pittsburgh, PA  15219 |
| | HSBC Bank USA, N.A.<br>Attn: Robert A. Conrad<br>452 Fifth Avenue<br>New York, NY  10016 |
| | Tennenbaum Capital<br>Partners, LLC<br>Attn:  Steve Wilson<br>2951 28th Street, Suite<br>1000<br>Santa Monica, CA  90405 |
| | Rita Angel<br>9 E. 79th St.<br>New York, NY  10021 |
| | Rita Angel<br>c/o Joshua T. Angel<br>Herrick & Feinstein<br>2 Park Avenue<br>New York, NY  10016 |
| | Dennis G. Danko<br>Loretta M. Danko, Ttee<br>Dennis & Loretta M. Danko<br>Fam Tr.<br>U/A 7/7/88<br>10941 E. Buckskin Trail<br>Scottsdale, AZ  85255 |
| | Howard Amster<br>23811 Chagrin Blvd., Suite<br>200<br>Beachwood, OH  44122 |

| | |
|---|---|
| | James M. Rockett<br>Bingham McCutchen LLP<br>3 Embarcadero Center<br>San Francisco, CA  94111 |
| | CapitalSource TRS Inc.<br>Attn: Chief Legal Officer<br>4445 Willard Avenue, 12th Floor<br>Chevy Chase, MD  20815 |
| | Federal Deposit Insurance Corporation<br>Division of Supervision and Consumer Protection<br>San Francisco Regional Office<br>25 Jessie Street at Ecker Square, Suite 2300<br>San Francisco, CA  94105 |
| | State of California<br>Department of Financial Institutions<br>111 Pine Street, Suite 1100<br>San Francisco, CA  94111-5613 |
| | Sarah Moyed, Esq.<br>Security Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA  90036 |
| | Robert L. Chapman, Jr.<br>Chapman Capital L.L.C.<br>1007 N. Sepulveda Blvd.<br>No. 129<br>Manhattan Beach, CA  90267 |

| | |
|---|---|
| | Special Notice |
| | **Attys for the Official Committee of Equity Security Holders** <br> Weiland, Golden, et al. <br> Attn: Evan D. Smiley, Esq. <br> 650 Town Center Drive, Suite 950 <br> Costa Mesa, CA 92626 |
| | **Attys for Bank of New York** <br> Pillsbury Winthrop Shaw Pittman <br> Attn:  Mark D. Houle, Esq. <br> 650 Town Center Drive, Suite 700 <br> Costa Mesa, CA  92626-7122 |
| | **Attys for Official Committee of Unsecured Creditors** <br> Klee, Tuchin, Bogdanoff & Stern LLP <br> Attn:  Lee R. Bogdanoff, Esq. <br> 1999 Avenue of the Stars, 39th Floor <br> Los Angeles, CA  90067-6049 |
| | **Attys for iStar Financial, Inc.** <br> Katten Muchin Rosenman LLP <br> c/o Thomas J. Leanse, Dustin P. Branch <br> 2029 Century Park East, Suite 2600 <br> Los Angeles, CA  90067-3012 |
| | **Attys for HSBC Bank USA, National Assn., as Trustee** <br> Ropes & Gray LLP <br> Attn:  Mark R. Somerstein, A. Vanderwal <br> 1211 Avenue of the Americas <br> New York, NY  10036-8704 |

| | |
|---|---|
| | **Attys for Wells Fargo Bank, NA**<br>Arent Fox LLP<br>Attn:  Andrew I. Silfen, Sally Siconolfi<br>1675 Broadway<br>New York, NY  10019 |
| | **Attys for Wells Fargo Bank, NA**<br>Wells Fargo Bank, NA<br>Attn:  James R. Lewis<br>45 Broadway, 14th Floor<br>New York, NY  10006 |
| | **Attys for Interested Party Ronald J. Nicholas, Jr.**<br>George B. Piggott, Esq.<br>2 Park Plaza, Suite 300<br>Irvine, CA  92614-8513 |
| | **Attys for Henry and Pamela Peters**<br>Law Office of Shmuel Klein, PC<br>268 Route 59 West<br>Spring Valley, NY  10977 |
| | **Bk Attys for NY State Teachers' Retirement System**<br>Jesse S. Finlayson, Michael R. Williams<br>Finlayson Augustini & Williams<br>110 Newport Center Drive, Suite 100<br>Newport Beach, CA  92660 |
| | **Bk Attys for NY State Teachers' Retirement System**<br>Michael S. Etkin, S. Jason Telle<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ  07068 |

| | |
|---|---|
| | **Attys for NY State Teachers' Retirement System**<br>Salvatore J. Graziano<br>Bernstein Litowitz Berger & Grossmann<br>1285 Avenue of the Americas<br>New York, NY  10019 |
| | **Attys for Water Garden Company**<br>Harold A. Olsen<br>Strook & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038 |
| | **Attys for Defs Stephen H. Gordon and David S. De Pillo**<br>Steven A. Marenberg, Charles E. Elder<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276 |
| | **Attys for Defs Stephen H. Gordon and David S. De Pillo**<br>Kerri A. Lyman, Esq.<br>Irell & Manella<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA  92660 |
| | **Attys for Iron Mountain Info Mgmt.**<br>Frank F. McGinn<br>Bartlett Hackett Feinberg, P.C.<br>155 Federal St., 9th Floor<br>Boston, MA  02110 |
| | **Attys for Kelly Capital**<br>David L. Osias, Rober R. Barnes<br>Allen Matkins Leck, et al.<br>501 West Broadway, 15th Fl.<br>San Diego, CA  92101 |

| | |
|---|---|
| | **Attys for Ronald A. Groden**<br>David W. Wirt, Katherine H. Harris<br>Locke Lord Bissell & Liddell, LLP<br>111 South Wacker Drive<br>Chicago, IL  60606 |
| | **Attys for Ronald A. Groden**<br>Kelly S. Sinner, Esq.<br>Locke Lord Bissell & Liddell, LLP<br>300 S. Grand Ave., Suite 2600<br>Los Angeles, CA  90071 |
| | **Attys for Gerling Global Reins. Corp. of America**<br>Juan A. Torres, Esq.<br>Musick, Peeler & Garrett, LLP<br>One Wilshire Blvd., Suite 2000<br>Los Angeles, CA  90017 |
| | **Attys for Gerling Global Reins. Corp. of America**<br>Sigrid S. Franzblau, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti<br>One Speedwell Ave.<br>Morristown, NJ  07962-1981 |
| | **Attys for James McIntyre**<br>James McIntyre<br>c/o Robert R. Kinas, Esq.<br>Snell & Wilmer LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169 |
| | LA County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90051-0110 |

|  | **Authorized Agent for America's Servicing Company**<br>John D. Schlotter, Esq.<br>McCalla Raymer, LLC<br>1544 Old Alabama Rd.<br>Roswell, GA  30076-2102 |
| --- | --- |