THEODORE B. STOLMAN (State Bar No. CA 52099)
TStolman@Stutman.com
WHITMAN L. HOLT (State Bar No. CA 238198)
WHolt@Stutman.com
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

-and-

ROBERT W. JONES (State Bar No. TX 10951200)
RWJones@pattonboggs.com
J. MAXWELL TUCKER (State Bar No. TX 20270900)
mtucker@pattonboggs.com
BRENT R. MCILWAIN (State Bar No. TX 24013140)
BMcIlwain@pattonboggs.com
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201-8001
Telephone: (214) 758-1500
Facsimile: (214) 758-1550

Reorganization Counsel for Debtor and Debtor in Possession

Debtor's Mailing Address:
2727 East Imperial Highway
Brea, California 92821

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>FREMONT GENERAL CORPORATION,<br>a Nevada corporation,<br>Debtor.<br>Tax I.D. 95-2815260 | CASE NO. 8:08-BK-13421-ES<br>CHAPTER 11<br><br>**FREMONT GENERAL CORPORATION'S DISCLOSURE STATEMENT DESCRIBING DEBTOR'S PLAN PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE** |

# TABLE OF CONTENTS

I INTRODUCTION ..................................................................................................................... - 1 -

II DISCLAIMER ........................................................................................................................ - 4 -

III OVERVIEW OF THE CHAPTER 11 PROCESS AND THE PLAN .............................. - 7 -

    A. The Chapter 11 Process ................................................................................................ - 7 -

    B. Overview of the Debtor's Proposed Plan ................................................................... - 8 -

SUMMARY OF TREATMENT OF CLAIMS AND EQUITY INTERESTS UNDER THE
    PLAN ................................................................................................................................ - 10 -

    C. Other Sources of Information .................................................................................... - 13 -

    D. Cautionary Statement Regarding Forward Looking Statements ........................... - 13 -

IV COMPANY HISTORY ....................................................................................................... - 14 -

    A. The Debtor and Its Pre-Petition Business ................................................................ - 14 -

        1. FIL's Lending Operations ................................................................................... - 14 -

        2. Indemnity and Life's Insurance Operations ..................................................... - 16 -

    B. The Debtor's Management ........................................................................................ - 16 -

    C. Selected Financial Information .................................................................................. - 17 -

V THE CHAPTER 11 CASE .................................................................................................. - 17 -

    A. Events Leading to the Debtor's Bankruptcy Filing ................................................. - 17 -

    B. Significant Events During the Chapter 11 Case ....................................................... - 19 -

        1. Retention of Debtor's Professionals and Agents .............................................. - 19 -

        2. Appointment of the Creditors Committee and the Equity Committee ......... - 20 -

        3. Consummation of the CapitalSource Transaction ........................................... - 21 -

        4. Insider Compensation ......................................................................................... - 21 -

        5. Establishment of General Bar Date and Filing of Claims ............................... - 22 -

        6. Relief from Stay Motions – McIntyre, Faigin & The Bank of New York
           Mellon ................................................................................................................ - 22 -

        7. Engagement of KPMG Corporate Finance and the Plan Marketing Process .. - 23 -

| | | |
|---|---|---|
| | 8. Plan Exclusivity | - 25 - |
| | 9. Settlements of Claims and Litigation | - 26 - |
| VI | LITIGATION AND CAUSES OF ACTION | - 37 - |
| | A. Litigation Commenced Pre-Petition | - 37 - |
| | B. Post-Petition and Other Potential Causes of Action | - 37 - |
| | 1. In General | - 37 - |
| | 2. Adv. Pro. No. 8:08-ap-01256-ES and Adv. Pro No. 8:09-ap-01103-ES | - 37 - |
| | 3. Adv. Pro. No. 8:08-ap-01258-ES | - 38 - |
| | 4. Adv. Pro. No. 8:08-ap-01418-ES | - 38 - |
| | 5. Adv. Pro. No. 8:08-ap-01470-ES | - 38 - |
| | 6. Other Actions | - 39 - |
| | 7. Other Significant Litigation Claims | - 39 - |
| | 8. Causes of Action are to be Retained Under Plan; No Waiver Should be Implied | - 39 - |
| VII | THE PLAN | - 40 - |
| | A. Overview of the Plan | - 40 - |
| | B. Treatment of Claims and Equity Interests Under the Plan | - 40 - |
| | 1. Allowance and Treatment of Unclassified Claims (Administrative Claims and Priority Tax Claims) | - 41 - |
| | 2. Classification and Treatment of Priority Non-Tax Claims (Class 1) | - 44 - |
| | 3. Classification and Treatment of General Unsecured Claims (Class 2A) | - 45 - |
| | 4. Classification and Treatment of TOPrS Claims (Class 2B) | - 47 - |
| | 5. Classification and Treatment of Equity Interests (Class 3A) | - 48 - |
| | 6. Classification and Treatment of Section 510(b) Claims (Class 3B) | - 49 - |
| | C. Executory Contracts and Unexpired Leases | - 49 - |
| | D. Provisions Governing Plan Implementation | - 50 - |
| | 1. Implementing Actions in General; Conditions to Plan Effectiveness. | - 50 - |

| | | |
|---|---|---|
| | 2. Corporate Action | - 51 - |
| | 3. Vesting of Assets | - 52 - |
| | 4. Board of Directors of the Reorganized Debtor | - 52 - |
| | 5. Board of Directors of FRC and other Subsidiaries | - 53 - |
| | 6. The Plan Administrator | - 53 - |
| | 7. The Equity Trust | - 57 - |
| | 8. The Committees | - 61 - |
| | 9. Allowance of Equity Interests | - 61 - |
| | 10. Distribution of Property Under the Plan | - 61 - |
| E. | Litigation and Claims Objections | - 64 - |
| | 1. Preservation of All Causes of Action | - 64 - |
| | 2. Disputed Claims | - 67 - |
| **VIII** | **OTHER PLAN PROVISIONS** | **- 68 -** |
| A. | Exculpation and Limited Release of Debtor, the Committees, and Professionals | - 68 - |
| B. | Exemption from Stamp, Transfer and Other Taxes | - 69 - |
| C. | Injunction Enjoining Holders of Claims Against and Equity Interests in the Debtor | - 69 - |
| D. | Discharge of the Debtor | - 70 - |
| E. | No Waiver | - 71 - |
| F. | Plan Modification | - 71 - |
| G. | Post-Confirmation Date Notice | - 71 - |
| **IX** | **CERTAIN FACTORS TO BE CONSIDERED** | **- 72 -** |
| A. | Risk of Adverse Resolution of Claims Pending Against FRC | - 72 - |
| | 1. Commonwealth of Massachusetts Claim | - 73 - |
| | 2. Repurchase Obligations | - 73 - |
| | 3. Other Litigation | - 75 - |

|   |   | 4. Conclusion | - 75 - |
|---|---|---|---|
|   | B. | Risk Regarding Unanticipated and Unresolved Claims Against the Debtor | - 75 - |
|   |   | 1. The IRS Claim | - 76 - |
|   |   | 2. California Insurance Commissioner Claims | - 79 - |
|   |   | 3. Rampino-Related Claims | - 79 - |
|   | C. | Risk of Reorganized Debtor's Inability to Realize Cash from Its Causes of Action | - 80 - |
|   | D. | Bankruptcy Confirmation Risks | - 80 - |
|   | E. | The Reorganized Debtor May Not Be a Public Company | - 81 - |
|   | F. | The Plan's Postpetition Interest Rate Is Subject to Adjustment | - 82 - |
|   | G. | Risk of Dilution Resulting from the Equity Reconciliation | - 83 - |
| X | VOTING PROCEDURES AND REQUIREMENTS | | - 84 - |
|   | A. | Parties in Interest Entitled to Vote | - 85 - |
|   | B. | Classes Impaired and Entitled to Vote Under the Plan | - 86 - |
| XI | CONFIRMATION OF THE PLAN | | - 87 - |
|   | A. | Confirmation Hearing | - 87 - |
|   | B. | Requirements for Confirmation of the Plan | - 88 - |
|   |   | 1. Acceptance | - 88 - |
|   |   | 2. Fair and Equitable Test | - 89 - |
|   |   | 3. Feasibility | - 90 - |
|   |   | 4. "Best Interests" Test | - 90 - |
| XII | ALTERNATIVES TO CONFIRMATION OF THE PLAN | | - 91 - |
| XIII | CERTAIN U.S. FEDERAL TAX CONSEQUENCES OF THE PLAN | | - 93 - |
|   | A. | Introduction | - 93 - |
|   | B. | Consequences to the Debtor | - 95 - |
|   | C. | Consequences to Holders of General Unsecured Claims | - 96 - |
|   |   | 1. Recognition of Gain or Loss Generally | - 96 - |

| | | |
|---|---|---|
| | 2. Distributions in Payment of Accrued But Unpaid Interest | - 97 - |
| | 3. Tax Treatment of the Equity Trust and Holders of Beneficial Equity Interests Therein | - 98 - |
| | 4. Withholding | - 101 - |
| XIV | SECURITIES LAW MATTERS | - 102 - |
| | A. In General | - 102 - |
| | 1. Initial Issuance | - 102 - |
| | 2. Resales | - 104 - |
| | 3. Exchange Act Compliance | - 104 - |
| | 4. Investment Company Act | - 105 - |
| | B. Compliance if Required | - 105 - |
| XV | RECOMMENDATIONS AND CONCLUSION | - 105 - |

EXHIBITS

EXHIBIT A – Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code

EXHIBIT B – Liquidation Analysis (To be provided prior to Disclosure Statement Hearing)

EXHIBIT C – Selected Financial Information (To be provided prior to Disclosure Statement Hearing)

EXHIBIT D – Form of Equity Trust Agreement (To be provided prior to Confirmation Hearing)

| | |
|---|---|
| 1 | |
| 2 | **IMPORTANT DATES** |
| 3 | ☐ Date by which Ballots must be received: July __, **2009**, at ____:00 p.m. **(Pacific Time).** |
| 4 | ☐ Date by which objections to Confirmation of the Plan must be filed and served: July __, **2009, at __:00 p.m. (Pacific Time).** |
| 5 | ☐ Hearing on Confirmation of the Plan: August ___, **2009**, at __:30 p.m. **(Pacific Time).** |

THEODORE B. STOLMAN (State Bar No. CA 52099)
TStolman@Stutman.com
WHITMAN L. HOLT (State Bar No. CA 238198)
WHolt@Stutman.com
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

-and-

ROBERT W. JONES (State Bar No. TX 10951200)
RWJones@pattonboggs.com
J. MAXWELL TUCKER (State Bar No. TX 20270900)
mtucker@pattonboggs.com
BRENT R. MCILWAIN (State Bar No. TX 24013140)
BMcIlwain@pattonboggs.com
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201-8001
Telephone: (214) 758-1500
Facsimile: (214) 758-1550

Reorganization Counsel for Debtor and Debtor in Possession

Dated: June 1, 2009