LEE R. BOGDANOFF (State Bar No. 119542)
JONATHAN S. SHENSON (State Bar No. 184250)
BRIAN M. METCALF (State Bar No. 205809)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4085
Facsimile: (310) 407-9090

Counsel for the Official Committee of
Unsecured Creditors

FILED & ENTERED

JAN 28 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:08-13421-ES |
| FREMONT GENERAL CORPORATION, a Nevada corporation | Chapter 11 |
| Debtor. | **ORDER APPROVING DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF FREMONT GENERAL CORPORATION PRESENTED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (DATED DECEMBER 3, 2009)** |
| Tax I.D. 95-2815260 | |
| | <u>Hearing</u> |
| | Date:  January 8, 2010<br>Time:  9:30 a.m.<br>Place: Courtroom 5A<br>         411 West Fourth St.<br>         Santa Ana, California 92701 |

Order#18009#c17b9993-006d-4d79-8907-7158af0babac

On December 3, 2009, the Official Committee of Unsecured Creditors (the "Creditors' Committee") appointed in the chapter 11 case of the above-captioned debtor and debtor in possession (the "Debtor"), filed and served that certain (i) *Chapter 11 Plan of Fremont General Corporation Presented by the Official Committee of Unsecured Creditors (Dated December 3, 2009)* [Docket No. 1279] (the "December 3rd Plan"), (ii) *Disclosure Statement Describing Chapter 11 Plan of Fremont General Corporation Presented by the Official Committee of Unsecured Creditors (Dated December 3, 2009)* [Docket No. 1280] (the "December 3rd Disclosure Statement") and (iii) *Request for Approval of Updated Disclosure Statement Describing Chapter 11 Plan of Fremont General Corporation Presented by the Official Committee of Unsecured Creditors and Submission of Redlines and Summary of Modifications (Dated December 3, 2009)* [Docket No. 1283] (the "Disclosure Statement Motion").

On January 6, 2010, the Creditors' Committee filed and served that certain *Submission of Changed Pages of the Chapter 11 Plan of Fremont General Corporation Presented by the Official Committee of Unsecured Creditors (Dated December 3, 2009) and Accompanying Disclosure Statement Describing The Plan* [Docket No. 1381] (the "Supplement"). The December 3rd Disclosure Statement and December 3rd Plan, as supplemented by the Supplement, shall hereinafter be referred to as, the "Disclosure Statement" and "Plan," respectively.

There were no objections filed to the Disclosure Statement or the Disclosure Statement Motion.

On January 8, 2010, the Court conducted a hearing (the "Hearing") on the adequacy of the information contained in the Disclosure Statement. Appearances at the Hearing were as reflected on the record.

The Court has reviewed and considered (i) the Disclosure Statement Motion, (ii) the Disclosure Statement, (iii) the Plan, (iv) all other pleadings, exhibits, documents and other evidence submitted with respect of the Disclosure Statement at or before the Hearing, (v) the record in this case and (vi) the arguments and representations of counsel at the Hearing.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

Based upon that review and consideration, the Court hereby finds that:

A. The notice given of the Hearing and the Disclosure Statement Motion is sufficient and appropriate under the circumstances and complies with the applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and no other or further notice need be given.

B. The Court has jurisdiction to grant the relief requested herein in accordance with 28 U.S.C. §§ 157 and 1334.

C. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

D. The Disclosure Statement contains "adequate information" within the meaning of Bankruptcy Code section 1125(a)(1).

**THEREFORE, IT IS HEREBY ORDERED THAT**:

1. The Disclosure Statement Motion is **APPROVED**.

2. The Disclosure Statement is **APPROVED.**

3. The Creditors' Committee shall be, and is hereby, authorized to solicit votes with respect to the Plan.

###



DATED: January 28, 2010

United States Bankruptcy Judge

Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000

| | CHAPTER: 11 |
|---|---|
| In re: Fremont General Corp. | CASE NUMBER: 8:08-bk-13421-ES |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1999 Avenue of the Stars, 39th Floor, Los Angeles, CA  90067

The foregoing documents described as:

**ORDER APPROVING DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF FREMONT GENERAL CORPORATION PRESENTED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (DATED DECEMBER 3, 2009)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On    January 13, 2010    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

   See following page.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 13, 2010 | Joanne C. Nadeau | */s/ Joanne C. Nadeau* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | CHAPTER: 11 |
|---|---|
| In re: Fremont General Corp.<br><br>Debtor(s). | CASE NUMBER: 8:08-bk-13421-ES |

**SERVED BY U.S. MAIL SERVICE LIST**

Honorable Erithe Smith
USBC - Central District of California
Ronald Reagan Federal Building and
411 West Fourth Street, Suite 5041
Santa Ana, CA  92701-8001

Trustee
Office of the U.S. Trustee
Attn:  Frank Cadigan, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000

Counsel to New World Group
Christopher E. Prince, Esq.
185 Pier Avenue, #103
Santa Monica, CA  90405

Ranch Capital, LLC
Munger, Tolles & Olson LLP
Attn:  Derek J. Kaufman, Esq.
355 South Grand Avenue, Suite 3500
Los Angles, California 90071

Debtor
Fremont General Corporation
Attn:  Donald E. Royer
175 N. Riverview Drive
Anaheim, CA`  92808

Robert W. Jones, Esq.
J. Maxwell Tucker, Esq.
Brent R. McIlwain, Esq.
Patton Boggs LLP
2001 Ross Avenue, #3000
Dallas, TX  75201-8001

Counsel to New World Group
Carole Neville, Esq.
Sonnenschein, Nath & Rosenthal
1221 Avenue of the Americas
New York, NY  10020

Signature Group Holdings LLC
Manderson, Schafer & McKinlay LLP
Attn:  John P. Schafer, Esq.
4695 MacArthur Court, Suite 1270
Newport Beach, California 92660

Stutman, Treister & Glatt
Theodore B. Stolman, Esq.
Scott H. Yun, Esq.
1901 Avenue of the Stars, #1200
Los Angeles, CA  90067

Evan D. Smiley, Esq.
Weiland, Golden, Smiley, Wang
Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

Counsel to New World Group
Peter D. Wolfson, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY  10020

| In re: Fremont General Corp.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 8:08-bk-13421-ES |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER APPROVING DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF FREMONT GENERAL CORPORATION PRESENTED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (DATED DECEMBER 3, 2009)**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

    See following page.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**:  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

    See following page.

☒ Service information continued on attached page

Order#18009#c17b9993-006d-4d79-8907-7158af0babac

4

| In re: Fremont General Corp.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 8:08-bk-13421-ES |
|---|---|

**SERVICE BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Kristen N Beall         kbeall@pattonboggs.com, bmcilwain@pattonboggs.com
- Dustin P Branch         dustin.branch@kattenlaw.com
- Frank Cadigan          frank.cadigan@usdoj.gov
- Gary O Caris           gcaris@mckennalong.com, pcoates@mckennalong.com
- Lisa W Chao            lisachao@doj.ca.gov
- Kristopher Davis        ksdavis@ebglaw.com
- Jesse S Finlayson       jfinlayson@faw-law.com, wmills@faw-law.com
- Matthew Heyn           mheyn@ktbslaw.com
- Whitman L Holt         wholt@stutman.com
- Mark D Houle           mark.houle@pillsburylaw.com
- Michelle Hribar         mhribar@rutan.com
- William H Kiekhofer     wkiekhofer@mcguirewoods.com
- Lewis R Landau         lew@landaunet.com
- Thomas A Lee          notices@becket-lee.com
- Kerri A Lyman          klyman@irell.com
- Robert S Marticello      Rmarticello@wgllp.com
- Neeta Menon           klyman@irell.com
- Sarah D Moyed         moyeds@sec.gov
- Carole Neville          cneville@sonnenschein.com
- David L Osias          bcrfilings@allenmatkins.com, dosias@allenmatkins.com
- Jonathan Petrus         jpetrus@ktbslaw.com
- David M Poitras         dpoitras@jmbm.com
- Christopher E. Prince    cprince@lesnickprince.com
- Michael B Reynolds      mreynolds@swlaw.com, kcollins@swlaw.com
- Sarah Seewer           sarah.seewer@kirkland.com
- Jonathon Shenson       jshenson@ktbslaw.com
- Evan D Smiley          esmiley@wgllp.com
- Philip E Strok          pstrok@wgllp.com
- Samuel J Teele         steele@lowenstein.com
- United States Trustee    ustpregion16.sa.ecf@usdoj.gov
- Peter D. Wolfson        pwolfson@sonnenschein.com
- Alan Z Yudkowsky       ayudkowsky@stroock.com
- Scott H Yun           syun@stutman.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

| | CHAPTER: 11 |
|---|---|
| In re: Fremont General Corp.  Debtor(s). | CASE NUMBER: 8:08-bk-13421-ES |

## TO BE SERVED BY THE LODGING PARTY

| | |
|---|---|
| United States Trustee<br>4ll West Fourth Street<br>Suite 9041<br>Santa Ana, CA  91701 | Counsel for the Debtor<br>Theodore B. Stolman<br>Whitman L. Holt<br>Stutman, Treister & Glatt P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA  90067 |
| Fremont General Corporation<br>175 North Riverview Drive<br>Anaheim, CA  92808 | Attorneys for Official Committee of<br>Unsecured Creditors<br>Jonathan S. Shenson, Esq.<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA  90067 |
| Attorneys for Debtor<br>Robert W. Jones, Esq.<br>Brent R. McIlwain, Esq.<br>Patton Boggs LLP<br>2001 Ross Avenue, #3000<br>Dallas, TX  75201-8001 | Attorneys for Official Committee of<br>Equity Holders<br>Evan D. Smiley, Esq.<br>Weiland, Golden<br>650 Town Center Drive, #950<br>Costa Mesa, CA  92626 |
| Counsel to New World Group<br>Christopher E. Prince, Esq.<br>185 Pier Avenue, #103<br>Santa Monica, CA  90405 | Counsel to New World Group<br>Carole Neville, Esq.<br>Sonnenschein, Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY  10020 |
| Counsel to New World Group<br>Peter D. Wolfson, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY  10020 | Ranch Capital, LLC<br>Munger, Tolles & Olson LLP<br>Attn:  Derek J. Kaufman, Esq.<br>355 South Grand Avenue, Suite 3500<br>Los Angles, California 90071 |
| Signature Group Holdings LLC<br>Manderson, Schafer & McKinlay LLP<br>Attn:  John P. Schafer, Esq.<br>4695 MacArthur Court, Suite 1270<br>Newport Beach, California 92660 | |

Order#18009#c17b9993-006d-4d79-8907-7158af0babac