John P. Schafer (State Bar No. 205638)
jps@mandersonllp.com
William C. Manderson (State Bar No. 211648)
wcm@mandersonllp.com
Lance A. McKinlay (State Bar No. 213717)
lam@mandersonllp.com
MANDERSON, SCHAFER & McKINLAY LLP
4695 MacArthur Court, Suite 1270
Newport Beach, CA  92660
Telephone:    (949) 788-1038
Facsimile:    (949) 743-8310

Attorneys for SIGNATURE GROUP HOLDINGS, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREMONT GENERAL CORPORATION,<br>a Nevada corporation,<br><br>                    Debtor.<br><br><br><br><br><br><br><br><br>Taxpayer ID No. 95-2815260 | Case No.:  8:08-bk-13421-ES<br><br>Chapter 11 Case<br><br>**NOTICE OF SUBMISSION AND SUBMISSION OF SCHEDULE OF ASSUMED AGREEMENTS WITH RESPECT TO *SIGNATURE GROUP HOLDINGS, LLC'S CHAPTER 11 PLAN OF REORGANIZATION OF FREMONT GENERAL CORPORATION, JOINED BY CERTAIN TOPRS HOLDERS AND JAMES MCINTYRE AS CO-PLAN PROPONENTS, DATED JANUARY 20, 2010***<br><br><u>Plan Confirmation Hearing</u><br><br>Date:    March 12, 2010<br>Time:    9:30 a.m.<br>Place:    Courtroom 5A<br>             411 West Fourth St.<br>             Santa Ana, CA  92701 |

1

**NOTICE OF SUBMISSION AND SUBMISSION OF SCHEDULE OF ASSUMED AGREEMENTS WITH RESPECT TO SIGNATURE GROUP HOLDINGS, LLC'S CHAPTER 11 PLAN OF REORGANIZATION OF FREMONT GENERAL CORPORATION, JOINED BY CERTAIN TOPRS HOLDERS AND JAMES MCINTYRE AS CO-PLAN PROPONENTS, DATED JANUARY 20, 2010**

**PLEASE TAKE NOTICE** that Signature Group Holdings, LLC ("Signature"), plan proponent for that certain *Signature Group Holdings, LLC's Chapter 11 Plan Of Reorganization Of Fremont General Corporation, Joined By Certain TOPrS Holders And James McIntyre As Co-Plan Proponents, Dated January 20, 2010* [Docket 1447] (the "Signature Plan"), which is to be considered for confirmation at the plan confirmation hearings in the above-captioned chapter 11 case of Fremont General Corporation (the "Debtor") commencing on March 12, 2010, at 9:30 a.m. Courtroom 5A, 411 West Fourth St., Santa Ana, CA, 92701 (such date, the "Confirmation Hearing Date", hereby submits this "*Notice Of Submission And Submission Of Schedule Of Assumed Agreements With Respect To Signature Group Holdings, LLC's Chapter 11 Plan Of Reorganization Of Fremont General Corporation, Joined By Certain TOPrS Holders And James McIntyre As Co-Plan Proponents, Dated January 20, 2010*" (the "Notice of Assumed Agreements") in accordance with Section III of the Signature Plan. Section III of the Signature Plan provides that Signature will file and serve on the applicable contract parties a "Schedule of Assumed Agreements" twenty-one (21) days before the Confirmation Hearing Date.

**PLEASE TAKE FURTHER NOTICE** that **you are receiving this Notice of Assumed Agreements because you are a party to an agreement included on the attached Schedule A, which is Signature's Schedule of Assumed Agreements**.

**PLEASE TAKE FURTHER NOTICE** that **inclusion on the attached Schedule of Assumed Agreement is not an admission by Signature, nor does Signature concede, that the listed agreement is in fact an "executory contract" under the Bankruptcy Code** and Signature reserves all rights related thereto. Signature may amend the Schedule of Assumed Agreements on or prior to the Confirmation Hearing Date and add, delete or otherwise reclassify any agreement on the Schedule of Assumed Agreements, including but not limited to amending the proposed cure amount with respect to any agreement on the Schedule of Assumed Agreements.[1]

**PLEASE TAKE FURTHER NOTICE** that if you object to the assumption of your agreement by the "Reorganized Debtor" under the Signature Plan or to the proposed cure payment, you must file

---

[1] Signature intends to modify the Signature Plan so that it may amend the Schedule of Assumed Agreements through the Effective Date.

with the Court and serve on all interested parties a written objection with supporting evidence that states the basis for the objection. Such objection must be filed with the Court and served no later than ten (10) days before the Confirmation Hearing Date on the following parties:

1. Signature's Counsel: Manderson, Schafer & McKinlay, LLP, attn: John Schafer, 4695 MacArthur Court, Suite 1270, Newport Beach, CA, 92660.

2. Debtor's Counsel: (a) Stutman, Treister & Glatt, P.C., attn: Whitman Holt, 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA, 90067; and (b) Patton Boggs LLP, attn: Robert Jones, 2001 Ross Avenue, Suite 3000, Dallas, TX, 75201.

3. The Debtor, 175 N. Riverview Drive, Anaheim, California 92808 Attn: Donald Royer.

4. The Office of the United States Trustee, Central District of California, attn: Frank Cadigan, 411 West 4th Street, Suite 9041, Santa Ana, CA, 92701.

5. All parties who have requested "special notice" in this case.

If you fail to timely file and serve an objection, you will be deemed to have waived any and all objections to the proposed assumption or the amount of the proposed cure payment. In the absence of a timely objection by such a party, the Confirmation Order shall constitute a final determination of the amount of the cure payment and that the Reorganized Debtor has shown "adequate assurances" of its future performance under the applicable provisions of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that if a timely objection is filed and served, a hearing before the Court to resolve such objection will be schedule to resolve the matter.

**PLEASE TAKE FURTHER NOTICE** that in the event of a dispute regarding the cure payment, adequate assurances, or some other matter related to assumption, the cure payment required by 11 U.S.C. § 365(b)(1) shall not be paid until after entry of a Final Order[2] resolving the dispute and approving the assumption. Pending the entry of a Final Order, any executory contract or unexpired lease at issue will be deemed assumed by the Reorganized Debtor unless otherwise ordered by the Court. Upon payment of the cure amount required by 11 U.S.C. § 365(b)(1), any prepetition or postpetition arrearage or other Claim asserted in a Filed proof of Claim or listed in the Schedules shall

---

[2] Any capitalized term not defined herein shall have the meaning ascribed to such term in the Signature Plan.

3

**NOTICE OF SUBMISSION AND SUBMISSION OF SCHEDULE OF ASSUMED AGREEMENTS WITH RESPECT TO SIGNATURE GROUP HOLDINGS, LLC'S CHAPTER 11 PLAN OF REORGANIZATION OF FREMONT GENERAL CORPORATION, JOINED BY CERTAIN TOPRS HOLDERS AND JAMES MCINTYRE AS CO-PLAN PROPONENTS, DATED JANUARY 20, 2010**

1  be deemed satisfied in full and the Claim shall be deemed disallowed, without further order of the
2  Court or action by any party.
3      **PLEASE TAKE FURTHER NOTICE** that the Signature Plan provides that all Allowed
4  Claims arising from the rejection of executory contracts or unexpired leases will be treated as Class 3A
5  General Unsecured Claims under the Signature Plan.

7  Dated: February 19, 2010            RESPECTFULLY SUBMITTED,

                                       By: */s/ John P. Schafer*
                                       JOHN P. SCHAFER, an Attorney with
                                       MANDERSON, SCHAFER & MCKINLAY,
                                       LLP, counsel for SIGNATURE GROUP
                                       HOLDINGS LLC

**NOTICE OF SUBMISSION AND SUBMISSION OF SCHEDULE OF ASSUMED AGREEMENTS WITH RESPECT TO SIGNATURE GROUP HOLDINGS, LLC'S CHAPTER 11 PLAN OF REORGANIZATION OF FREMONT GENERAL CORPORATION, JOINED BY CERTAIN TOPRS HOLDERS AND JAMES MCINTYRE AS CO-PLAN PROPONENTS, DATED JANUARY 20, 2010**

# **SCHEDULE A**

**SCHEDULE OF ASSUMED AGREEMENTS**

Case 8:08-bk-13421-ES    Doc 1626    Filed 02/19/10    Entered 02/19/10 17:56:50    Desc
Main Document    Page 5 of 10

5

**NOTICE OF SUBMISSION AND SUBMISSION OF SCHEDULE OF ASSUMED AGREEMENTS WITH RESPECT TO SIGNATURE GROUP HOLDINGS, LLC'S CHAPTER 11 PLAN OF REORGANIZATION OF FREMONT GENERAL CORPORATION, JOINED BY CERTAIN TOPRS HOLDERS AND JAMES MCINTYRE AS CO-PLAN PROPONENTS, DATED JANUARY 20, 2010**

Schedule of Assumed Agreements

| NAME | ATTN | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | CITY | STATE | ZIP | CONTRACT TYPE | Cure Payment |
|---|---|---|---|---|---|---|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | JAMES R. LEWIS | CORPORATE TRUST SERVICES | 45 BROADWAY - 14TH FLOOR | | NEW YORK | NY | 10006 | AMENDED AND RESTATED DECLARATION OF TRUST | $0 |
| WELLS FARGO DELAWARE TRUST COMPANY, A DELAWARE CORPORATION | CORPORATE TRUST SERVICES (MAC N2722-160) | 919 NORTH MARKET STREET | SUITE 1600 | | WILMINGTON | DE | 19801 | AMENDED AND RESTATED DECLARATION OF TRUST | $0 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | JAMES R. LEWIS | CORPORATE TRUST SERVICES | 45 BROADWAY - 14TH FLOOR | | NEW YORK | NY | 10006 | INDENTURE AGREEMENT | $0 |
| CERIDIAN BENEFIT SERVICES | JUANITA WILLIAMS | 3201 34TH ST SOUTH | | | ST PETERSBURG | FL | 33711 | BENEFIT AGREEMENT | $0 |
| KAISER PERMANENTE | BETTY REID ELLIS | 700 N. BRAND BLVD, STE. 950 | | | GLENDALE | CA | 91203 | BENEFIT AGREEMENT | $0 |
| MERRILL LYNCH | KARIN J. TOMLINSON LYNCH | THE RETIREMENT GROUP AT MERRILL LYNCH | 10375 PARK MEADOWS DRIVE | SUITE 600 | LITTLETON | CO | 80124 | BENEFIT AGREEMENT | $0 |
| MERRILL LYNCH | KARIN J. TOMLINSON LYNCH | THE RETIREMENT GROUP AT MERRILL LYNCH | 10375 PARK MEADOWS DRIVE | SUITE 600 | LITTLETON | CO | 80124 | TRUST AGREEMENT | $0 |
| VISION SERVICE PLAN | RENEE SALVADOR | 3333 QUALITY DRIVE | | | RANCHO CORDOVA | CA | 90802-4519 | BENEFIT AGREEMENT | $0 |
| ROYER, DONALD E | | 183 MONARCH BAY | | | DANA POINT | CA | 92629 | EMPLOYMENT AGREEMENT | $0 |
| SANCHEZ, RICHARD A | | 11 ELDERBERRY | | | IRVINE | CA | 92603 | EMPLOYMENT AGREEMENT | $0 |
| STUEDLI, THEA K | | 13236 VALLEYHEART DR. #103 | | | STUDIO CITY | CA | 91604 | EMPLOYMENT AGREEMENT | $0 |
| MCINTYRE, JAMES A | | 127 SOUTH ANITA AVENUE | | | LOS ANGELES | CA | 90049 | INDEMNIFICATION AGREEMENT | $0 |
| ROYER, DONALD E | | 183 MONARCH BAY | | | DANA POINT | CA | 92629 | INDEMNIFICATION AGREEMENT | $0 |
| SANCHEZ, RICHARD A | | 11 ELDERBERRY | | | IRVINE | CA | 92603 | INDEMNIFICATION AGREEMENT | $0 |
| STUEDLI, THEA K | | 13236 VALLEYHEART DR. #103 | | | STUDIO CITY | CA | 91604 | INDEMNIFICATION AGREEMENT | $0 |
| HSBC BANK USA, N.A. | ROBERT A. CONRAD, VICE PRESIDENT | 452 FIFTH AVENUE | | | NEW YORK | NY | 10016 | INDENTURE AGREEMENT | $0 |
| BOWNE | LINDA CAMRAS | P.O. BOX 79358 | | | CITY OF INDUSTRY | CA | 91716 | SERVICE AGREEMENT | $0 |
| BRIDGEWAY SOFTWARE, INC. | | 6575 WEST LOOP SOUTH | | 3RD FLOOR | BELLAIRE | TX | 77401-3521 | SERVICE AGREEMENT | $0 |
| BUCHALTER NEMER | KALLY AMAN, ESQ. | 1000 WILSHIRE BOULEVARD | SUITE 1500 | | LOS ANGELES | CA | 90017-2457 | SERVICE AGREEMENT | $0 |
| BUCHALTER NEMER | MIA S. BLACKLER, ESQ. | 333 MARKET STREET | 25TH FLOOR | | SAN FRANCISCO | CA | 94105-2126 | SERVICE AGREEMENT | $0 |
| EPSTEIN BECKER & GREEN, P.C. | GEORGE T. CAPLAN, ESQ. | 1925 CENTURY PARK EAST | SUITE 500 | | LOS ANGELES | CA | 90067 | SERVICE AGREEMENT | $0 |
| ERNST & YOUNG, LLP | LINDA MCCALL | 725 SOUTH FIGUEROA ST | | | LOS ANGELES | CA | 90017 | SERVICE AGREEMENT | $0 |
| KATTEN MUCHIN ROSENMAN LLP | KENNETH JACOBSON | 525 WEST MONROE ST. | | | CHICAGO | IL | 60061-3693 | SERVICE AGREEMENT | $0 |
| MELLON INVESTOR SERVICES LLC | GENERAL COUNSEL | 480 WASHINGTON BOULEVARD | | | JERSEY CITY | NJ | 7310 | SERVICE AGREEMENT | $0 |
| MELLON INVESTOR SERVICES LLC | CLIENT SERVICE MANAGER | 400 S. HOPE STREET | 4TH FLOOR | | LOS ANGELES | CA | 90071 | SERVICE AGREEMENT | $0 |
| MELLON INVESTOR SERVICES LLC | LEGAL DEPARTMENT | OVERPECK CENTRE | 85 CHALLENGER ROAD | | RIDGEFIELD PARK | NJ | 07660 | SERVICE AGREEMENT | $0 |
| SCARPELLO & HUSS, LTD., | | BANK OF AMERICA CENTER | 600 E. WILLIAM STREET | SUITE 300 | CARSON CITY | NV | 89701-4052 | SERVICE AGREEMENT | $0 |
| SQUAR, MILNER, PETERSON, MIRANDA & WILLIAMSON LLP | ADAM BULLOCK, CPA | 4100 NEWPORT PLACE DRIVE | THIRD FLOOR | | NEWPORT BEACH | CA | 92660 | SERVICE AGREEMENT | $0 |
| WILLENKEN WILSON LOH & LIEB LLP | MICHAEL C. LIEB, ESQ. | 707 WILSHIRE BOULEVARD | SUITE 3850 | | LOS ANGELES | CA | 90017 | SERVICE AGREEMENT | $0 |
| FREMONT GENERAL CREDIT CORPORATION | Thea Stuedli | 175 N. Riverview Drive | | | Anaheim | CA | 92808 | TAX ALLOCATION AGREEMENT | $0 |
| FREMONT INVESTMENT AND LOAN | Thea Stuedli | 175 N. Riverview Drive | | | Anaheim | CA | 92808 | TAX ALLOCATION AGREEMENT | $0 |
| FREMONT GENERAL CORPORATION AFFILIATE ENTITIES | Thea Stuedli | 175 N. Riverview Drive | | | Anaheim | CA | 92808 | TAX ALLOCATION AGREEMENT | $0 |

Schedule of Assumed Agreements

| POLICY TYPE | CARRIER NAME | POLICY NUMBER | ATTN | ADDRESS LINE 1 | ADDRESS LINE 2 | CITY | STATE | ZIP | PHONE NO. | EMAIL ADDRESS | Cure |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007-2008 Fiduciary Liability - Primary | RLI Insurance Company | EPG0006148 | Nathalie Hiemstra | 9025 North Lindbergh Drive | | Peoria | IL | 61615-1431 | 309-692-1000 | Nathalie_Hiemstra@rlicorp.com | $0 |
| Fiduciary Liability - First Excess | XL Specialty Insurance | ELU09577507 | Justin Kudler, Esq. | 100 Constitution Plaza | 18th floor | Hartford | CT | 06103 | 860-246-1863 | Justin.Kudler@xlgroup.com | $0 |
| Fiduciary Liability - Second Excess | Darwin Professional Underwriters | 3032220 | Diane Parker, Esq. | 545 E. John Carpenter Freeway | Suite 950 | Irving | TX | 75062 | (469) 248-4003 | diane.parker@awac.com | $0 |
| Fiduciary Liability - Third Excess | Zurich American Insurance Company | FLC909756203 | Tania Tomo, Esq. | One Liberty Plaza | 30th floor | New York | NY | 10006 | 1-800-987-3373 | tania.tomo@zurichna.com | $0 |
| Fiduciary Liability - Fourth Excess | Houston Casualty Company (HCC) | H7077000 | Dennis McGoldrick | 8 Forest Park Drive | | Farmington | CT | 06034 | 860-674-1900 | dmcgoldrick@HCC-Global.com | $0 |
| Fiduciary Liability - Fifth Excess | Navigators Insurance | NY07F1D203850NV | Jesse Gutierrez, Esq. | One Penn Plaza | 55th floor | New York | NY | 10119 | 212-244-2333 | JGUTIERREZ@navg.com | $0 |
| Fiduciary Liability - Sixth Excess | Allied World Assurance Company (AWAC) | NU5829256 | Diane Parker, Esq. | 100 Summer Street | | Boston | MA | 02210 | (857) 288-6000 | diane.parker@awac.com | $0 |
| Fiduciary Liability - Seventh Excess | AXIS Financial | RNN7302730120 | Timothy Vasquez, Esq. | Connell Corporate Park | P.O. Box 357 | Berkeley Heights | NJ | 07922-0357 | 908-508-4378 | Timothy.vazquez@axiscapital.com | $0 |
| Fiduciary Liability - Eight Excess | CNA Global Specialty Lines | DOXG287091823 | Lisa Block, Esq. | 40 Wall Street | | New York | NY | 10005 | 609-860-2342 | lisa.block@cna.com | $0 |
| Fiduciary Liability - Ninth Excess | ACE Westchester Specialty Group | DOX G23821643-001 | Natalie Jean-Felix | 500 Colonial Center Parkway | | Roswell | GA | 30076 | 678-795-4000 | Natalie_Jean-Felix@ace-ina.com | $0 |
| Fiduciary Liability - Tenth Excess | Chubb/ Federal Insurance | 68001539 | Allison Rose, Esq. | 15 Moutain View Road | | Warren | NJ | 07059 | 800-903-2000/ (213) 833-5209 | Allisonrose@chubb.com | $0 |
| Fiduciary Liability Run-off 1/1/2008-1/1/2014—Primary | RLI Insurance Company | EPG0006148 | Nathalie Hiemstra | 9025 North Lindbergh Drive | | Peoria | IL | 61615-1431 | 309-692-1000 | Nathalie_Hiemstra@rlicorp.com | $0 |
| Fiduciary Liability—First Excess Run-off | XL Specialty Insurance | ELU09577507 | Justin Kudler, Esq. | 100 Constitution Plaza | 18th floor | Hartford | CT | 06103 | 860-246-1863 | Justin.Kudler@xlgroup.com | $0 |
| Fiduciary Liability—Second Excess Run-off | Darwin Professional Underwriters | 3032220 | Diane Parker, Esq. | 545 E. John Carpenter Freeway | Suite 950 | Irving | TX | 75062 | (469) 248-4003 | diane.parker@awac.com | $0 |
| Fiduciary Liability—Third Excess Run-off | Chubb/ Federal Insurance | 6800-1539 | Allison Rose, Esq. | 15 Moutain View Road | | Warren | NJ | 07059 | 800-903-2000/ (213) 833-5209 | Allisonrose@chubb.com | $0 |
| 2007 – 2008 D&O Liability Run-off | Houston Casualty Company (HCC) | H7077000 | Dennis McGoldrick | 8 Forest Park Drive | | Farmington | CT | 06034 | 860-674-1900 | dmcgoldrick@HCC-Global.com | $0 |
| D&O Liability – Primary | XL Specialty Insurance | ELU095774-07 | Justin Kudler, Esq. | 100 Constitution Plaza | 18th floor | Hartford | CT | 06103 | 860-246-1863 | Justin.Kudler@xlgroup.com | $0 |
| D&O Liability – First Excess | CNA Global Speciality Lines | 169567739 | Lisa Block, Esq. | 40 Wall Street | | New York | NY | 10005 | 609-860-2342 | lisa.block@cna.com | $0 |
| D&O Liability – Second Excess | RSUI Indemnity Company | NHS623775 | Scott Fahy, Esq. | 345 E. Paces Ferry | | Atlanta | GA | 30326 | 404-231-2366 | sfahy@rsui.com | $0 |
| D&O Liability – Third Excess | Allied World Assurance Company (AWAC) | NU5829257 | Diane Parker, Esq. | 100 Summer Street | | Boston | MA | 02210 | (857) 288-6000 | diane.parker@awac.com | $0 |
| D&O Liability – Fourth Excess | Darwin Professional Underwriters | 3030481 | James T. Hynes, esq. | 385 Washington Street | | St. Paul | MN | 55102-1396 | 1-800-252-4633 | jhynes@travelers.com | $0 |
| D&O Liability – Fifth Excess | St. Paul Travelers Insurance | 594CM1790 | James T. Hynes, esq. | 385 Washington Street | | St. Paul | MN | 55102-1396 | 1-800-252-4633 | jhynes@travelers.com | $0 |
| D&O Liability – Sixth Excess | Chubb/ Federal Insurance | 81677802 | Allison Rose, Esq. | 15 Moutain View Road | | Warren | NJ | 07059 | 800-903-2000/ (213) 833-5209 | Allisonrose@chubb.com | $0 |
| D&O Liability – Seventh Excess | Liberty Mutual Insurance Company | 7830107 | Carla Caliendo, Esq. | 555 Water Street | 18th floor | New York | NY | 10041 | 212-208-4100 | carla.caliendo@libertyiu.com | $0 |
| D&O Liability – Eighth Excess | Navigators Insurance | Y07D0L119482NV | Jesse Gutierrez, Esq. | One Penn Plaza | 55th floor | New York | NY | 10119 | 212-244-2333 | JGUTIERREZ@navg.com | $0 |
| D&O Liability – Ninth Excess | The Hartford/ Twin Cities Underwriters | 00DA022730607 | Christopher Smith, Esq. | 2 Park Avenue | 5th floor | New York | NY | 10016 | | Christopher.Smith@thehartford.com | $0 |
| D&O Liability – Tenth Excess | Axis Financial Insurance | RNN72328301200 7 | Timothy Vasquez, Esq. | Connell Corporate Park | P.O. Box 357 | Berkeley Heights | NJ | 07922-0357 | 908-508-4378 | Timothy.vazquez@axiscapital.com | $0 |
| D&O Liability – Eleventh Excess | Great American Insurance Company | DFX3911826 | Michael Sigal, Esq. | 1515 Woodfield Rd. | Suite 500 | Schaumberg | IL | 60173-5499 | | msigal@gaic.com | $0 |
| D&O Liability – Twelfth Excess | Zurich American Insurance Company | DOC968152700 | Tania Tomo, Esq. | One Liberty Plaza | 30th floor | New York | NY | 10006 | 1-800-987-3373 | tania.tomo@zurichna.com | $0 |
| D&O Liability – Thirteenth Excess | Lloyds of London/ Hooghuis Insurance | PFRE00507 | Keith Hanson, Esq. | Hanson, Peters & Ny 1000 Hart Road Barrington | | | IL | 60010 | | keith.hanson@hpnlaw.com | $0 |
| D&O Liability – Fourteenth Excess | ACE Westchester Specialty Group | DOXG23821631001 | Natalie Jean-Felix | 500 Colonial Center Parkway | | Roswell | GA | 30076 | 678-795-4000 | Natalie_Jean-Felix@ace-ina.com | $0 |
| D&O Liability – Fifteenth Excess | Star Excess (n/k/a Chartis) | 689696 | Susan Rosmarin | 175 Water Street | | New York | NY | 10038 | | Susan.Rosmarin@AIG.com | $0 |
| D&O Liability – Sixteenth Excess | AISLIC (n/k/a Chartis) | 9660612 | Susan Rosmarin | 175 Water Street | | New York | NY | 10038 | | Susan.Rosmarin@AIG.com | $0 |

| POLICY TYPE | CARRIER NAME | POLICY NUMBER | ATTN | ADDRESS LINE 1 | ADDRESS LINE 2 | CITY | STATE | ZIP | PHONE NO. | EMAIL ADDRESS | Cure |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Directors & Officers (D&O) Run-off 1/1/2008 – 1/1/2014—Primary | XL Specialty Insurance | ELU095774-07 | Justin Kudler, Esq. | 100 Constitution Plaza | 18th floor | Hartford | CT | 06103 | 860-246-1863 | Justin.Kudler@xlgroup.com | $0 |
| D&O—First Excess Run-off | CNA Global Speciality Lines | 169567739 | Lisa Block, Esq. | 40 Wall Street | | New York | NY | 10005 | 609-860-2342 | lisa.block@cna.com | $0 |
| D&O—Second Excess Run-off | RSUI Indemnity Company | NHS623775 | Scott Fahy, Esq. | 345 E. Paces Ferry | | Atlanta | GA | 30326 | 404-231-2366 | sfahy@rsui.com | $0 |
| D&O—Third Excess Run-off | Allied World Assurance Company (AWAC) | NU5829257 | Diane Parker, Esq. | 100 Summer Street | | Boston | MA | 02210 | (857) 288-6000 | diane.parker@awac.com | $0 |
| D&O—Fourth Excess Run-off | Darwin Professional Underwriters | 03035-0481 | Diane Parker, Esq. | 545 E. John Carpenter Freeway | Suite 950 | Irving | TX | 75062 | (469) 248-4003 | diane.parker@awac.com | $0 |
| D&O—Fifth Excess Run-off | St. Paul Travelers Insurance | 594CM1790 | James T. Hynes, esq. | 385 Washington Street | | St. Paul | MN | 55102-1396 | 1-800-252-4633 | jhynes@travelers.com | $0 |
| D&O—Sixth Excess Run-off | Chubb/ Federal Insurance | 8167-7802 | Allison Rose, Esq. | 15 Mountain View Road | | Warren | NJ | 07059 | (857) 288-6000 | Allisonrose@chubb.com | $0 |
| D&O—Seventh Excess Run-off | Liberty Mutual Insurance Company | 078301-017 | Carla Caliendo, Esq. | 555 Water Street | 18th floor | New York | NY | 10041 | 212-208-4100 | carla.caliendo@libertyiu.com | $0 |
| 2007-2008 BPL Errors | Chubb/ Federal Insurance | 8207-7796 | Hugh Spears, Esq. | 15 Mountain View Road | | Warren | NJ | 07059 | 800-903-2000/ (214) 754-8574 | hspears@chubb.com | $0 |
| 2007-2008 FI Bond Excess | Chubb/ Federal Insurance | 81520003 | Catherine Pensanti, Esq. | Specialty Claims Department | P.O. Box 30850 | Los Angeles | CA | 90030-0850 | 213-612-0880 | hspears@chubb.com | $0 |
| 2007-2008 FI Bond (CNA) | Continental Insurance Company | 286986570 | Timothy Markey, Esq. | 1249 South River Road | | Cranbury | NJ | 08512 | 609-860-2341 | timothy.markey@cna.com | $0 |
| 2007-2008 FI Computer Crime | Chubb/ Federal Insurance | 81520027 | Catherine Pensanti, Esq. | Specialty Claims Department | P.O. Box 30850 | Los Angeles | CA | 90030-0850 | 213-612-0880 | timothy.markey@cna.com | $0 |
| Fiduciary Liability—Primary | CNA Global Speciality Lines | 287202290 | Lisa Block, Esq. | 40 Wall Street | | New York | NY | 10005 | 609-860-2342 | lisa.block@cna.com | $0 |
| Fiduciary Liability—Fourth Excess | Allied World Assurance Company (AWAC) | C008857002 | Diane Parker, Esq. | 100 Summer Street | | Boston | MA | 02210 | (857) 288-6000 | diane.parker@awac.com | $0 |
| Fiduciary Liability—First Excess | XL Speciality Insurance | ELU1022271-08 | Justin Kudler, Esq. | 100 Constitution Plaza | 18th floor | Hartford | CT | 06103 | 860-246-1863 | Justin.Kudler@xlgroup.com | $0 |
| Fiduciary Liability—Fifth Excess | Westchester Fire Insurance Co. | G23824498001 | Natalie Jean-Felix | 500 Colonial Center Parkway | | Roswell | GA | 30076 | 678-795-4000 | Natalie.Jean-Felix@ace-ina.com | $0 |
| Fiduciary Liability Run-off—Primary Run-off 1/1/2009 – 9/30/2014 | CNA Global Speciality Lines | 287202290 | Lisa Block, Esq. | 40 Wall Street | | New York | NY | 10005 | 609-860-2342 | lisa.block@cna.com | $0 |
| Fiduciary Liability—First Excess Run-off | Houston Casualty Company (HCC) | NY08FID203850NV | Jesse Gutierrez, Esq. | One Penn Plaza | 55th floor | New York | NY | 10119 | 212-244-2333 | JGUTIERREZ@navg.com | $0 |
| Fiduciary Liability—Second Excess Run-off | Navigators Insurance | 14MGU08A15990 | Dennis McGoldrick | 8 Forest Park Drive | | Farmington | CT | 06034 | 860-674-1900 | dmcgoldrick@HCC-Global.com | $0 |
| Fiduciary Liability—Third Excess Run-off | Houston Casualty Company (HCC) | NY08FID203850NV | Jesse Gutierrez, Esq. | One Penn Plaza | 55th floor | New York | NY | 10119 | 212-244-2333 | JGUTIERREZ@navg.com | $0 |
| Fiduciary Liability—Fourth Excess Run-off | Navigators Insurance | 14MGU08A15990 | Dennis McGoldrick | 8 Forest Park Drive | | Farmington | CT | 06034 | 860-674-1900 | dmcgoldrick@HCC-Global.com | $0 |
| Fiduciary Liability—Fifth Excess Run-off | Westchester G23824498001 | G23824498001 | Natalie Jean-Felix | 500 Colonial Center Parkway | | Roswell | GA | 30076 | 678-795-4000 | Natalie.Jean-Felix@ace-ina.com | $0 |
| 2008-2009 Fidelity Bond - Primary | AIG / Zurich (Co-Surety) | 5504129 | Judith Blake, Esq. | 175 Water Street | 7th floor | New York | NY | 10038 | 212.458.1497 | Judith.Blake@AIG.com | $0 |
| 2008-2009 Fidelity Bond – Excess | Continental Insurance Company (CNA) | 286986570 | Timothy Markey, Esq. | 1249 South River Road | | Cranbury | NJ | 08512 | 609-860-2341 | timothy.markey@cna.com | $0 |
| 2008-2009 Crime Insurance—Primary | AIG / Zurich (Co-Surety) | AIG 00550041129A / Zurich FIDS96401900 | Judith Blake, Esq. | 175 Water Street | 7th floor | New York | NY | 10038 | 212.458.1497 | Judith.Blake@AIG.com | $0 |
| 2008-2009 Crime Insurance—Excess | Continental Insurance Company (CNA) | CNA | Timothy Markey, Esq. | 1249 South River Road | | Cranbury | NJ | 08512 | 609-860-2341 | timothy.markey@cna.com | $0 |
| 2008-2009 BPL/ Errors & Omissions–Primary | Chubb/ Federal Insurance | 8209-5502 | Hugh Spears, Esq. | 15 Mountain View Road | | Warren | NJ | 07059 | 800-903-2000/ (214) 754-8574 | hspears@chubb.com | $0 |

| POLICY TYPE | CARRIER NAME | POLICY NUMBER | ATTN | ADDRESS LINE 1 | ADDRESS LINE 2 | CITY | STATE | ZIP | PHONE NO. | EMAIL ADDRESS | Cure |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008-2009 BPL/Errors & Omissions—Excess | Houston Casualty Company (HCC) | 14MGU08A15989 | Dennis McGoldrick | 8 Forest Park Drive | | Farmington | CT | 06034 | 860-674-1900 | dmcgoldrick@HCC-Global.com | $0 |
| 2008-2009 D&O Liability—Primary | XL Specialty Insurance | ELU10227308 | Justin Kudler, Esq. | 100 Constitution Plaza | 18th floor | Hartford | CT | 06103 | 860-246-1863 | Justin.Kudler@xlgroup.com | $0 |
| 2008-2009 D&O Liability—First Excess | CNA Global Specialty Lines | 169567739 | Lisa Block, Esq. | 40 Wall Street | | New York | NY | 10005 | 609-860-2342 | lisa.block@cna.com | $0 |
| D&O Liability—Second Excess | Houston Casualty Company (HCC) | 14MGU08A15986 | Dennis McGoldrick | 8 Forest Park Drive | | Farmington | CT | 06034 | 860-674-1900 | dmcgoldrick@HCC-Global.com | $0 |
| D&O Liability—Third Excess | RSUI Indemnity Company | NHS627733 | Scott Fahy, Esq. | 345 E. Paces Ferry | | Atlanta | GA | 30326 | 404-231-2366 | sfahy@rsui.com | $0 |
| D&O Liability—Fourth Excess | Allied World Assurance Company (AWAC) | C008853/002 | Diane Parker, Esq. | 100 Summer Street | | Boston | MA | 02210 | (857) 288-6000 | diane.parker@awac.com | $0 |
| D&O Liability—Fifth Excess | Houston Casualty Company (HCC) | 14MGU08A15987 | Dennis McGoldrick | 8 Forest Park Drive | | Farmington | CT | 06034 | 860-674-1900 | dmcgoldrick@HCC-Global.com | $0 |
| D&O Liability—Sixth Excess | Liberty Mutual Insurance Company | 78301018 | Carla Caliendo, Esq. | 555 Water Street | 18th floor | New York | NY | 10041 | 212-208-4100 | carla.caliendo@libertyiu.com | $0 |
| D&O Liability—Seventh Excess | Navigators Insurance | NY08DOL119482NV | Jesse Gutierrez, Esq. | One Penn Plaza | 55th floor | New York | NY | 10119 | 212-244-2333 | JGUTIERREZ@navg.com | $0 |
| Directors & Officers (D&O) Run-off—Primary Run-off 1/1/2009 – 9/30/2014 | XL Specialty Insurance | ELU10227308 | Justin Kudler, Esq. | 100 Constitution Plaza | 18th floor | Hartford | CT | 06103 | 860-246-1863 | Justin.Kudler@xlgroup.com | $0 |
| D&O Liability—Second Excess (A Side DIC), Tenth Excess Run-off | Freedom Specialty Insurance | XOS0800002 | Howard Fishbein, Esq. | 7 World Trade Center | 250 Greenwich Street, Suite A, 33rd Fl. | New York | NY | 10007 | 212-329-6901 | thomas.iorio@freedomspecialtyins.com | $0 |
| D&O Liability—First Excess (A Side DIC), Ninth Excess | Darwin Professional Underwriters | 3037t882 | Diane Parker, Esq. | 545 E. John Carpenter Freeway | Suite 950 | Irving | TX | 75062 | (469) 248-4003 | diane.parker@rsui.com | $0 |
| D&O Liability—Primary(A Side DIC), Eighth Excess | ACE Westchester Specialty Group | G23824504001 | Natalie Jean-Felix | 500 Colonial Center Parkway | | Roswell | GA | 30076 | 678-795-4000 | Natalie_Jean-Felix@ace-ina.com | $0 |
| D&O Liability—First Excess Run-off | CNA Global Specialty Lines | 169567739 | Lisa Block, Esq. | 40 Wall Street | | New York | NY | 10005 | 609-860-2342 | lisa.block@cna.com | $0 |
| D&O Liability—Second Excess Run-off | Houston Casualty Company (HCC) | 14MGU08A15986 | Dennis McGoldrick | 8 Forest Park Drive | | Farmington | CT | 06034 | 860-674-1900 | dmcgoldrick@HCC-Global.com | $0 |
| D&O Liability—Third Excess Run-off | RSUI Indemnity Company | NHS623775 | Scott Fahy, Esq. | 345 E. Paces Ferry | | Atlanta | GA | 30326 | 404-231-2366 | sfahy@rsui.com | $0 |
| D&O Liability—Fourth Excess Run-off (AWAC) | Allied World Assurance Company (AWAC) | C008853/002 | Diane Parker, Esq. | 100 Summer Street | | Boston | MA | 02210 | (857) 288-6000 | diane.parker@awac.com | $0 |
| D&O Liability—Fifth Excess Run-off | Houston Casualty Company (HCC) | 14MGU08A15987 | Dennis McGoldrick | 8 Forest Park Drive | | Farmington | CT | 06034 | 860-674-1900 | dmcgoldrick@HCC-Global.com | $0 |
| D&O Liability—Sixth Excess Run-off | Liberty Mutual Insurance Company | 78301018 | Carla Caliendo, Esq. | 555 Water Street | 18th floor | New York | NY | 10041 | 212-208-4100 | carla.caliendo@libertyiu.com | $0 |
| D&O Liability—Seventh Excess Run-off | Navigators Insurance | NY08DOL119482NV | Jesse Gutierrez, Esq. | One Penn Plaza | 55th floor | New York | NY | 10119 | 212-244-2333 | JGUTIERREZ@navg.com | $0 |
| D&O Liability—Primary(A Side DIC), Eighth Excess – Run-off | ACE Westchester Specialty Group | G23824504001 | Natalie Jean-Felix | 500 Colonial Center Parkway | | Roswell | GA | 30076 | 678-795-4000 | Natalie_Jean-Felix@ace-ina.com | $0 |
| D&O Liability—First Excess (A Side DIC), Ninth Excess – Run-Off | Darwin Professional Underwriters | 3037t882 | Diane Parker, Esq. | 545 E. John Carpenter Freeway | Suite 950 | Irving | TX | 75062 | (469) 248-4003 | diane.parker@rsui.com | $0 |
| D&O Liability—Second Excess (A Side DIC), Tenth Excess – Run-Off | Freedom Specialty Insurance | XOS0800002 | Howard Fishbein, Esq. | 7 World Trade Center | 250 Greenwich Street, Suite A, 33rd Fl. | New York | NY | 10007 | 212-329-6901 | thomas.iorio@freedomspecialtyins.com | $0 |
| 2008-2009 Commercial General Liability | Chubb Federal 3535-7851 | 3535-7851 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |
| 2008-2009 Commercial Excess and Umbrella | Chubb / Federal 7982-65-94 | 7982-65-94 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |

| POLICY TYPE | CARRIER NAME | POLICY NUMBER | ATTN | ADDRESS LINE 1 | ADDRESS LINE 2 | CITY | STATE | ZIP | PHONE NO. | EMAIL ADDRESS | Cure |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Commercial Excess and Umbrella – First Excess | Great American Insurance Company | 4-05-72-33-02 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |
| Commercial Excess and Umbrella – Second Excess | Fireman's Fund Insurance | SHX-000-8039-6328 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |
| Commercial Excess and Umbrella – Third Excess | Zurich American Insurance Company | AEC 91409393 00 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |
| DIC (Difference in Conditions) Excess | Essex Insurance | ESX 358234 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |
| 2008-2009 Commercial Excess and Umbrella – DIC | Empire Indemnity | 3028218-JF-1 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |
| 2008-2009 Commercial Excess and Umbrella – DIC | Princeton Excess Insurance | B2A3IM-0000-577-00 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | | | $0 |
| New Policies 2010-2011 Policy Year | | | | | | | | | | | |
| Commercial General Liability | Chubb Federal 3535-7851 | 3535-7851 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |
| Commercial Excess and Umbrella | Chubb / Federal 7982-65-94 | 7982-65-94 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |
| Commercial Excess and Umbrella – First Excess | Great American Insurance Company | 4-05-72-33-04 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |
| Commercial Excess and Umbrella – Third Excess | Zurich American Insurance Company | AXV31121 8JF1 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |
| Chubb Automobile Policy | Chubb/ Federal | 73253487 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |
| Commercial Excess and Umbrella – DIC | Empire Indemnity | 311218JFI | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | 1 (818) 251-3016 | Natalie.Berend@usi.biz | $0 |
| Commercial Excess and Umbrella – DIC | Princeton Excess Insurance | B2A3IM-000126100-00 | Report Claims through Brokers USI of So. California Insurance Services | 21600 Oxnard St. | 8th floor | Oxnard | CA | 91367-4976 | | Natalie.Berend@usi.biz | $0 |