# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

|  |  |
|---|---|
| _____ ) | Case No. 8:08-bk-13421-ES |
| ) | |
| In re ) | Chapter 11 |
| ) | |
| FREMONT GENERAL CORPORATION, ) | |
| a Nevada corporation, ) | |
| ) | |
| DEBTOR. ) | |
| Tax I.D. 95-2815260 ) | |
| ) | |
| _____ ) | |

## THIRD AMENDED SCHEDULES OF ASSETS AND LIABILITIES

THEODORE B. STOLMAN (State Bar No. CA 52099)
TStolman@Stutman.com
WHITMAN L. HOLT (State Bar No. CA 238198)
WHolt@Stutman.com
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

-and-

ROBERT W. JONES (State Bar No. TX 10951200)
RWJones@pattonboggs.com
BRENT R. MCILWAIN (State Bar No. TX 24013140)
BMcIlwain@pattonboggs.com
PATTON BOGGS LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201-8001
Telephone: (214) 758-1500
Facsimile: (214) 758-1550

**GLOBAL AMENDMENT NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY AND DISCLAIMER REGARDING
DEBTOR'S AMENDMENT TO THE SCHEDULES OF ASSETS AND LIABILITIES[1]**

The Third Amendment to the Schedules of Assets and Liabilities (the "Third Amended Schedules") filed herewith by Fremont General Corporation, the debtor and debtor in possession in this chapter 11 bankruptcy case (the "Debtor"), were prepared pursuant to 11 U.S.C. § 521 and Rules 1007 and 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtor and are unaudited. While the Debtor's management has made every effort to ensure that the Third Amended Schedules are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred. The Third Amended Schedules remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial and other data contained in the Third Amended Schedules. Except as noted in the Third Amended Schedules, all asset and liability data is reported as of the close of business on June 18, 2008 (the "Petition Date"). The Debtor has used its best efforts to compile the information set forth in the Third Amended Schedules from its books and records maintained in the ordinary course of its business. The Debtor reserves all rights to make further amendments as may be necessary or appropriate. The Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtor's Statement of Financial Affairs with Schedules (the "Global Notes") as found in the Debtor's Schedules of Assets and Liabilities filed on July 3, 2008 (the "Original Schedules"), the Debtor's Amended Schedules of Assets and Liabilities filed October 29, 2008 (the "Amended Schedules"), and the Debtor's Second Amended Schedules of Assets and Liabilities filed March 3, 2010 (the "Second Amended Schedules") are incorporated by reference in, and comprise an integral part of, the Third Amended Schedules, and should be referred to and reviewed in connection with any review of the Third Amended Schedules.

---

[1] The Third Amended Schedules of Assets and Liabilities begin immediately after these Global Amendment Notes.

1.      Overview of Amendments. On July 3, 2008, the Debtor filed the Original Schedules. On

October 29, 2008, the Debtor filed the Amended Schedules. On March 3, 2010, the Debtor filed the

Second Amended Schedules. The Third Amended Schedules are intended (i) to reflect the agreed amount

of a potentially disputed proof of claim; (ii) to provide for the "allowance" of five (5) de minimis proofs

of claim so that such claims can be paid pursuant to the recently confirmed chapter 11 plan prosecuted by

Signature Group Holdings, LLC (the "Signature Plan"); (iii) to modify certain prior scheduled amounts

relating to trade payable to amounts that conform to the Debtor's current books and records; and (iv) to

otherwise reflect updated amounts as a result of the proof of claim process and subsequent diligence by

the Debtor. In that regard, please note that all general unsecured claims reflected on the Third Amended

Schedules are undisputed by the Debtor in the amounts set forth therein, and that the Third Amended

Schedules are being filed, in part, to facilitate timely and accurate distributions on such claims once the

Signature Plan goes effective.

2.      "SERP Claim" Listed on Third Amended Schedule F. Mr. Alan W. Faigin ("Faigin") was

a beneficiary of the *Fremont General Corporation Supplemental Executive Retirement Plan I*, the

*Fremont General Corporation Supplemental Executive Retirement Plan II*, and a certain *Excess Benefit

Plan* (collectively, the "SERPs"). Faigin filed a proof of claim (No. 611) with respect to his alleged rights

under the SERPs in the amount of $939,192.17. The Debtor has disputed and continues to dispute this

asserted amount insofar as the aggregate account balances regarding Faigin's rights in the SERPs on the

Debtor's June 18, 2008 Petition Date were only $900,102.94. The Debtor and Faigin have entered into a

stipulation to resolve the dispute over Faigin's SERP amounts, and the Debtor is amending its schedules

to include the uncontested amount of the Faigin claim as an undisputed general unsecured claim

consistent with the terms of that stipulation.

3.      "POC Filed" Claims Listed on Third Amended Schedule F. Certain creditors have filed

proofs of claim in amounts less than $1,000. While the Debtor believes that grounds potentially exist to

dispute some or all of the amount asserted in each of these claims, the Debtor – after consultation with

2

Signature Group Holdings, LLC – has determined that the costs and expenses associated with prosecuting

formal claim objections to the five (5) claims in this category will very likely exceed the asserted amounts

of these claims, making such litigation a net drain on the estate. Thus, in order to facilitate the cost-

effective resolution of these claims pursuant to the terms of the Signature Plan, the Debtor has elected

simply to schedule and satisfy such de minimis claims pursuant to the Signature Plan.

4.      "Accounts Payable" Creditors Listed on Third Amended Schedule F. In multiple

instances, creditors listed on the Third Amended Schedule F, whose claim description is "Accounts

Payable," were also listed in the Original Schedules, in the Amended Schedules, or in the Second

Amended Schedules. However, based upon information received after filing the Second Amended

Schedules and information obtained through the proof of claim reconciliation process, the Debtor has

corrected the liquidated amount that is actually due and owing. With respect to certain of these creditors,

proofs of claim have been filed that might have been consistent with the Debtor's prior Schedules but are

now inaccurate (for example, Chicago Partners and Skadden Arps Meagher & Flom LLP have since had

some or all of their respective claims satisfied from applicable insurance proceeds). To the extent such

creditors do not withdraw or amend their claims to conform to the amounts on the Third Amended

Schedules F, the Debtor reserves all rights to object to the allowance of the filed claims.

5.      Creditors Listed on Original Schedule F, Amended Schedule F, or Second Amended F

But Not Listed on Third Amended Schedule F; Creditors Who Have Filed Unresolved Proofs of Claim.

Any creditors listed on the Original Schedule F, the Amended Schedule F, or the Second Amended

Schedule F, but not listed on the Third Amended Schedule F, are unaffected by the Third Amended

Schedules. Accordingly, the status of such creditors' claims as disputed, unliquidated, or contingent

remains the same as set forth in the Original Schedule F, the Amended Schedule F, or the Second

Amended Schedule F. For the avoidance of doubt, all of the Debtor's rights (or the Reorganized Debtor's

rights under the Signature Plan, as the case may be) as to such creditors and claims are expressly and fully

reserved. Similarly, the status of any creditor that may have filed a proof of claim but is not listed in Third

3

Amended Schedule F is also unaffected, and all of the Debtor's rights (or the Reorganized Debtor's rights under the Signature Plan, as the case may be) as to such creditors and claims are again expressly and fully reserved.


***END OF GLOBAL AMENDMENT NOTES***

**AMENDED SCHEDULES BEGIN ON THE FOLLOWING PAGE**

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: FREMONT GENERAL CORPORATION,
Case No. 8:08-bk-13421

**THIRD AMENDED SCHEDULES**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

**In Re: Fremont General Corporation**
**Case No: 8:08-bk-13421**
Creditors Holdings Unsecured Claims

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | Zip | Claim Type | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alan Faigin | | 5332 Antioch St No 814 | | Pacific Palisades | CA | 90272 | SERP Claim | | | | $ 900,102.94 |
| Iron Mountain Information Management Inc | R Frederick Linfesty | 745 Atlantic Ave 10th Fl | | Boston | MA | 02111 | Accounts Payable | | | | 8,114.29 |
| Uline Inc | | 2200 S Lakeside Dr | | Waukegan | IL | 60085 | POC filed | | | | 800.14 |
| Masters & Ribakoff | | 10061 Riverside Drive 1035 | | Toluca Lake | CA | 91602 | POC filed | | | | 395.00 |
| Pitney Bowes Global Financial Services | Pitney Bowes Inc | 27 Waterview Dr | | Shelton | CT | 06484 | POC filed | | | | 146.40 |
| Department Of State Treasurer | Unclaimed Property Program | 325 North Salisbury St | | Raleigh | NC | 27603-1385 | POC filed | | | | 100.00 |
| Erma Becerra | | 13781 Fenton Ave | | Sylmar | CA | 91342-1604 | POC filed | | | | 77.95 |
| Chicago Partners a subsidiary of Navigant Consulting | John P Garvey | 140 S Dearborn St Ste 1500 | | Chicago | IL | 60603 | Accounts Payable | | | | - |
| Skadden Arps Meagher & Flom LLP | Eric M Davis Esq & Douglas D Herrmann Esq | PO Box 636 | | Wilmington | DE | 19899 | Accounts Payable | | | | - |
| NRS INC | | 2671 Pomona Blvd | | Pomona | CA | 91768 | Accounts Payable | | | | - |
| TTA Research and Guidance | | PO BOX 71687 | | Chicago | IL | 60694-1687 | Accounts Payable | | | | - |
| West Payment Ctr | | PO BOX 6292 | | Carol Stream | IL | 60197-6292 | Accounts Payable | | | | - |
| Ernst & Young LLP | | DEPT 6793 | | Los Angeles | CA | 90084-6793 | Accounts Payable | | | | - |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| FREMONT GENERAL CORPORATION, | ) Case No. 8:08-bk-13421-ES |
|  | ) |
| DEBTOR. | ) |
|  | ) |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, <u>Executive Vice President and Chief Financial Officer</u> of <u>Fremont General Corporation</u>, named as debtor in this case, declare under penalty of perjury that I have read the foregoing amended global notes, summary, and schedules, consisting of 6 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date:____June 9, 2010_____       Signature _*Thea Stuedli*_

                                                           Print Name____Thea K. Stuedli_____

*Penalty of making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

7

| In re: Fremont General Corp., | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

The foregoing document described **THIRD AMENDED SCHEDULES OF ASSETS AND LIABILITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 9, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

See following page.

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **June 9, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

See following page.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/09/2010 | Melissa Altamirano | /s/ Melissa Altamirano |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

540563v1

| In re: Fremont General Corp., | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

## I. <u>SERVICE BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

Kyra E Andrassy on behalf of Interested Party Official Committee of Equity Holders
kandrassy@wgllp.com

Kristen N Beall on behalf of Debtor Fremont General Corporation
kbeall@pattonboggs.com, bmcilwain@pattonboggs.com

Reem J Bello on behalf of Interested Party Official Committee of Equity Holders
rbello@wgllp.com

Ron Bender on behalf of Creditor Costa Brava Partnership III LP
rb@lnbrb.com

Dustin P Branch on behalf of Creditor iStar Financial, Inc.
dustin.branch@kattenlaw.com

Brendt C Butler on behalf of Interested Party James McIntyre
BButler@rutan.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Gary O Caris on behalf of Creditor Wells Fargo Bank, N.A.
gcaris@mckennalong.com, pcoates@mckennalong.com

Lisa W Chao on behalf of Plaintiff Insurance Commissioner of the State of California
lisa.chao@doj.ca.gov

Eric A Cook on behalf of Debtor Fremont General Corporation
ecook@ebglaw.com

Kristopher Davis on behalf of Special Counsel Epstein Becker & Green, P.C.
ksdavis@ebglaw.com

Ted A Dillman on behalf of Interested Party Official Committee of Equity Security Holders
Ted.dillman@lw.com

Willis B Douglass on behalf of Creditor United States of America IRS
Willis.B.Douglass@irscounsel.treas.gov

Jesse S Finlayson on behalf of blank New York State Teachers' Retirement System
jfinlayson@faw-law.com, wmills@faw-law.com

Philip A Gasteier on behalf of Creditor Costa Brava Partnership III LP
pag@lnbrb.com

Peter J Gurfein on behalf of Creditor HSBC Bank USA, National Association
pgurfein@akingump.com

Matthew Heyn on behalf of Creditor Committee Official Committee of Unsecured Creditors of Fremont General
Corporation
mheyn@ktbslaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

540563v1

| In re:  Fremont General Corp., | CHAPTER  11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

Whitman L Holt on behalf of Consultant FTI Consulting, Inc.
wholt@stutman.com

Mark D Houle on behalf of Creditor Bank Of New York
mark.houle@pillsburylaw.com

Michelle Hribar on behalf of Interested Party James McIntyre
mhribar@rutan.com

Sean A Kading on behalf of Interested Party Donald Royer
skading@marshackhays.com

Derek J Kaufman on behalf of Attorney Ranch Capital, LLC & RC Fremont, LLC
derek.kaufman@mto.com

William H. Kiekhofer on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
wkiekhofer@mcguirewoods.com

Lewis R Landau on behalf of Interested Party Alan Faigin
lew@landaunet.com

Thomas A. Lee 2 on behalf of Creditor American Express Travel Related Services Co Inc Corp Card
notices@becket-lee.com

Kerri A Lyman on behalf of Defendant David DePillo
klyman@irell.com

Richard A Marshack on behalf of Interested Party Donald Royer
rmarshack@marshackhays.com, lbergini@marshackhays.com

Robert S Marticello on behalf of Interested Party Official Committee of Equity Holders
Rmarticello@wgllp.com

Neeta Menon on behalf of Debtor Fremont General Corporation
nmenon@stutman.com

Sarah D Moyed on behalf of Interested Party Courtesy NEF
moyeds@sec.gov

Mike D Neue on behalf of Financial Advisor KPMG Corporate Finance LLC
mneue@thelobelfirm.com, csolorzano@thelobelfirm.com

Aram Ordubegian on behalf of Creditor Wells Fargo Bank, N.A.
ordubegian.aram@arentfox.com

David L Osias on behalf of Interested Party Kelly Capital, LLC
bcrfilings@allenmatkins.com, dosias@allenmatkins.com

Christina M Padien on behalf of Creditor HSBC Bank USA, National Association
cmoore@akingump.com

Jonathan Petrus on behalf of Creditor Tennenbaum Capital Partners
jpetrus@ktbslaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                       **F 9013-3.1**

540563v1

| In re: Fremont General Corp., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

David M Poitras on behalf of Creditor Fremont Reorganizing Corporation (f/k/a Fremont Investment & Loan)
dpoitras@jmbm.com

Christopher E Prince on behalf of Creditor New World Group
cprince@lesnickprince.com

Michael B Reynolds on behalf of Stockholder James McIntyre
mreynolds@swlaw.com, kcollins@swlaw.com

John P Schafer on behalf of Interested Party Signature Group Holdings LLC
jps@mandersonllp.com

Sarah Seewer on behalf of Interested Party Courtesy NEF
sarah.seewer@kirkland.com

Jonathon Shenson on behalf of Attorney Klee, Tuchin, Bogdanoff & Stern LLP
jshenson@ktbslaw.com

Evan D Smiley on behalf of Creditor Committee Official Committee of Unsecured Creditors of Fremont General Corp.
esmiley@wgllp.com

Philip E Strok on behalf of Debtor Fremont General Corporation
pstrok@wgllp.com

Samuel J Teele on behalf of blank New York State Teachers' Retirement System
steele@lowenstein.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Thomas J Welsh on behalf of Plaintiff Insurance Commissioner of the State of California
tomwelsh@orrick.com

Brian D Wesley on behalf of Creditor FRANCHISE TAX BOARD
brian.wesley@doj.ca.gov

Alan Z Yudkowsky on behalf of Creditor Water Garden Company L.L.C.
ayudkowsky@stroock.com

Scott H Yun on behalf of Debtor Fremont General Corporation
syun@stutman.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re:  Fremont General Corp.,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER 8:08-bk-13421-ES |

## II. <u>SERVICE BY U.S. MAIL</u>

| | |
|---|---|
| The Honorable Erithe Smith<br>USBC - Central District of California<br>Ronald Reagan Federal Building and<br>United States Courthouse<br>411 West Fourth Street, Ste. 5041<br>Santa Ana, CA 92701-4593 | Fremont General Corporation<br>175 N. Riverview Drive<br>Anaheim, CA  92808<br>Attention:  General Counsel |
| United States Trustee<br>411 West Fourth Street, Suite 9041<br>Santa Ana, CA  92701-4593 | Attys for the Official Committee of Equity Security Holders<br>Weiland, Golden, et al.<br>Attn: Evan D. Smiley, Esq.<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 |
| Attys for Official Committee of Unsecured Creditors<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>Attn:  Lee R. Bogdanoff, Esq.<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA  90067-6049 | Alan Faigin<br>5332 Anticoch St., #814<br>Pacific Palisades, CA  90272 |
| Iron Mountain Information Management Inc.<br>Attn: R. Frederick Linfesty<br>745 Atlantic Ave., 10th Floor<br>Boston, MA  02111 | Uline Inc.<br>2200 S. Lakeside Drive<br>Waukegan, IL  60085 |
| Masters & Ribakoff<br>10061 Riverside Drive 1035<br>Toluca Lake, CA  91602 | Pitney Bowes Global Financial Services<br>Attn: Pitney Bowes Inc.<br>27 Waterview Drive<br>Shelton, CT  06484 |
| Department of State Treasurer<br>Attn: Unclaimed Property Program<br>325 North Salisbury Street<br>Raleigh, NC  27603-1385 | Erma Becerra<br>13781 Fenton Avenue<br>Sylmar, CA  91342-1604 |
| Chicago Partners a Subsidiary of Navigant Consulting<br>Attn: John P. Garvey<br>140 S. Dearborn Street, Ste. 1500<br>Chicago, IL  60603 | Skadden Arps Meagher & Flom LLP<br>Eric M. Davis, Esq.<br>Douglas D. Hermann, Esq.<br>PO Box 636<br>Wilmington, DE  19899 |
| NRS Inc.<br>2671 Pomona Blvd.<br>Pomona, CA  91768 | TTA Research and Guidance<br>PO Box 71687<br>Chicago, IL  60694-1687 |
| West Payment Center<br>PO Box 6292<br>Carol Stream, IL  60197-6292 | Ernst & Young<br>Dept. 6793<br>Los Angeles, CA  90084-6793 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

540563v1