John P. Schafer (State Bar No. 205638)
jps@mandersonllp.com
Chris Manderson (State Bar No. 211648)
wcm@mandersonllp.com
Lance A. McKinlay (State Bar No. 213717)
lam@mandersonllp.com
MANDERSON, SCHAFER & McKINLAY LLP
4695 MacArthur Court, Suite 1270
Newport Beach, CA  92660
Telephone:  (949) 788-1038
Facsimile:  (949) 743-8310

Attorneys for SIGNATURE GROUP HOLDINGS, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>FREMONT GENERAL CORPORATION, a Nevada corporation,<br><br>                Debtor.<br><br><br><br>Taxpayer ID No. 95-2815260 | Case No. 8:08-bk-13421-ES<br><br>Chapter 11 Case<br><br>**NOTICE OF:**<br><br>**(1) ENTRY OF ORDER CONFIRMING SIGNATURE GROUP HOLDINGS, LLC'S FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF FREMONT GENERAL CORPORATION, JOINED BY JAMES MCINTYRE AS CO-PLAN PROPONENT;**<br><br>**(2) OCCURRENCE OF EFFECTIVE DATE;**<br><br>**(3) SUBSIDIARY MERGERS; AND**<br><br>**(4) DEADLINES FOR FILING CERTAIN ADMINISTRATIVE CLAIMS AND CLAIMS ARISING FROM REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES** |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, ALL CREDITORS, EQUITY SECURITY HOLDERS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on June 9, 2010, the United States Bankruptcy Court for the Central District of California, Santa Ana Division, in the chapter 11 case of Fremont General Corporation (the "Debtor") entered an order [Docket No. 2136] (such order, the "Confirmation Order") confirming that certain *Signature Group Holdings, LLC's Fourth Amended Chapter 11 Plan of Reorganization of Fremont General Corporation, Joined by James McIntyre as Co-Plan Proponent (Dated May 24, 2010)* and all exhibits appended thereto [Docket No. 2113] (the "Confirmed Plan"). In accordance with terms and provisions of the Confirmed Plan and the Confirmation Order, the Confirmed Plan was non-materially modified by the filed *Signature Group Holdings, LLC's Fourth Amended Chapter 11 Plan of Reorganization of Fremont General Corporation, Joined by James McIntyre as Co-Plan Proponent (Dated June 8, 2010)* [Docket 2132] (the "Modified Plan"[1]).

**PLEASE TAKE FURTHER NOTICE** that on June 11, 2010, the "Effective Date" pursuant to and as defined by the Modified Plan occurred.

**PLEASE TAKE FURTHER NOTICE** that on the Effective Date, the Debtor became a reorganized debtor under the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq., and the Modified Plan, and also changed its company name from "Fremont General Corporation" to "Signature Group Holdings, Inc."

**PLEASE TAKE FURTHER NOTICE** that on and contemporaneously with the Effective Date, and pursuant to the terms of the Modified Plan, the Debtor's wholly owned subsidiary Fremont General Credit Corporation ("FGCC") was merged into the Reorganized Debtor, and then FGCC's wholly owned subsidiary Fremont Reorganizing Corporation, f/k/a Fremont Investment & Loan ("FRC") was merged into the

---

[1] Each capitalized term used but not otherwise defined in this notice shall have the meaning ascribed to such term by the Modified Plan.

2

Reorganized Debtor.

**PLEASE TAKE FURTHER NOTICE** that as a means of implementation of the Modified Plan post-Effective Date, it is contemplated that Fremont Legacy Asset Corporation ("FLAC"), a newly formed Nevada corporation, will become an operating subsidiary of the Reorganized Debtor and will contain employees and certain legacy assets and liabilities contributed from among former FRC and former Fremont General Corporation.  The Reorganized Debtor believes that any such contribution to FLAC will not have any adverse impact on the rights of FRC creditors or other creditors under the Modified Plan or the obligations of the Reorganized Debtor under the Modified Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and the Modified Plan are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701-4593.  The Confirmation Order and the Modified Plan are also available on the internet site of the Debtor's notice and claims agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/fremontgeneral under "Court Documents" or by accessing the Bankruptcy Court's website http://www.cacb.uscourts.gov.  Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that all requests for payment of an Administrative Claim (other than Indenture Trustee Fees, Clerk's Office Fees, and U.S. Trustee Fees), which consist of costs and expenses of administering the Case that are Allowed under section 503(b) of the Bankruptcy Code or 28 U.S.C. § 1930, Claims incurred post-petition in the ordinary course of the Debtor's business, and fees and expenses of estate professionals (including Professional Fee Claims), must be filed with the Bankruptcy Court in conformance with applicable bankruptcy rules and procedures and served upon the Reorganized Debtor and the U.S. Trustee on or before **July 12, 2010**, which is the date that is the first business day that is thirty (30) days after the Effective Date or be forever barred and unenforceable against the Debtor, the

Reorganized Debtor, or their property.

**PLEASE TAKE FURTHER NOTICE** that a proof of claim for all claims arising from the rejection of executory contracts or unexpired leases (which are treated as Class 3A General Unsecured Claims under the Modified Plan) must be filed with the Bankruptcy Court in conformance with applicable bankruptcy rules and procedures and served upon the Reorganized Debtor and the U.S. Trustee within thirty (30) days of the Effective Date or be forever barred and unenforceable against the Debtor, the Reorganized Debtor, or their property.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings and notices related to this case should be directed to the following on behalf of the Reorganized Debtor:

> Manderson, Schafer & McKinlay, LLP
> c/o John Schafer
> 4695 MacArthur Court, Suite 1270
> Newport Beach, CA  92660
> Tel: 949-788-1038
>
> with a copy to
>
> Signature Capital Advisers, on behalf of
> Signature Group Holdings, Inc.
> 15303 Ventura Blvd. Suite 1510
> Sherman Oaks, CA  91403

RESPECTFULLY SUBMITTED,

Dated:  June 11, 2010

By: */s/ John P. Schafer*
John P. Schafer, an Attorney with
MANDERSON, SCHAFER &
MCKINLAY, LLP, counsel for
SIGNATURE GROUP HOLDINGS, LLC