PETER C. ANDERSON
United States Trustee
FRANK M. CADIGAN (Bar No.: 95666)
Assistant United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE
Ronald Reagan Federal Building
    and United State Courthouse
411 West Fourth Street, Suite 9041
Santa Ana, California 92701-8000
Telephone:  (714) 338-3400
Facsimile:   (714) 338-3421

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re

FREMONT GENERAL CORPORATION,
a Nevada corporation,

                Debtor.

Tax I.D. 95-281560

No.  8:08-bk-13421-ES

Chapter 11

Date: September 14, 2010
Time: 10:30 a.m.
Courtroom: **"5A"**- Hon. Erithe A. Smith

UNITED STATES TRUSTEE'S SUPPLEMENTAL OMNIBUS OBJECTION TO MOTIONS FOR SUBSTANTIAL CONTRIBUTION

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, TO THE REORGANIZED DEBTOR AND ITS ATTORNEYS OF RECORD AND TO ALL OTHER PARTIES IN INTEREST:**

I.

**INTRODUCTION**

On August 31, 2010, the U.S. Trustee filed his Omnibus Objection to Motions for Substantial Contribution. There was one other comment the U.S. Trustee wanted to make regarding New World Acquisition, LLC's motion. The Omnibus Objection filed on the August 31, 2010 made reference that New World had estimated its fees at $700,000 in its disclosure statement. This estimate was reiterated in footnote 12 at page 8 of the Joint Reply of

U.S. Trustee's Supplemental Omnibus Objection to Motions for Substantial Contribution (Fremont General Corporation Case No.: 8:08-13421-ES)

- 1 -

1 | Signature Group Holdings, LLC, New World Acquisition, LLC, Kenneth S. Grossman and
2 | James A. McIntyre, Sr., to the Omnibus Objection of the Official Committee of Equity
3 | Holders, identified as Docket Number 1975, filed April 21, 2010.[1] An excerpt of that pleading
4 | is attached hereto and marked **Exhibit "A"**.

5 | The United States Trustee wants to emphasis that while estimates may vary, and any
6 | final fee application could exceed a previous estimate, the New World fee application is
7 | about $900,000 over its initial estimate, an estimate that was made as late as April 21, 2010.
8 | Barely three months later, New World's fee request is at $1.6 million.

9 | A fee examine should be appointed to investigate this disparity and issue a report as
10 | to whether the fees are reasonable.

12 | Dated: September 1, 2010          Office of the United States Trustee

14 | **_/s/ Frank M. Cadigan_**
15 | Frank M. Cadigan

---

[1] The U.S. Trustee requests the Court take judicial notice of the pleadings and documents on file in connection with this case pursuant to FRE 201.

U.S. Trustee's Supplemental Omnibus Objection to Motions for Substantial Contribution (Fremont General Corporation Case No.: 8:08-13421-ES)

- 2 -

| | | |
|---|---|---|
| 1 | JOHN P. SCHAFER, SBN 205638<br>jps@mandersonllp.com | Christopher E. Prince (State Bar 183553)<br>cprince@lesnickprince.com |
| 2 | WILLIAM C. MANDERSON, SBN 211648<br>wcm@mandersonllp.com | LESNICK PRINCE LLP<br>185 Pier Avenue, Suite 103 |
| 3 | MANDERSON, SCHAFER & McKINLAY LLP<br>4695 MacArthur Court, Suite 1270 | Santa Monica, CA 90405<br>Tel: (213) 291-8984 |
| 4 | Newport Beach, CA 92660<br>Tel: (949) 788-1038 | Fax: (310) 396-0963 |
| 5 | Fax: (949) 743-8310 | Carole Neville (*Pro Hac Vice*)<br>cneville@sonnenschein.com |
| 6 | Attorneys for Signature Group Holdings, LLC | SONNENSCHEIN NATH &<br>ROSENTHAL LLP |
| 7 | RUTAN & TUCKER, LLP<br>Mark B. Frazier (SBN 107221) | 1221 Avenue of the Americas<br>New York, New York 10020 |
| 8 | mfrazier@rutan.com<br>Brendt C. Butler (SBN 211273) | Tel: (212) 768-6700<br>Fax: (212) 768-6800 |
| 9 | bbutler@rutan.com<br>611 Anton Boulevard, Fourteenth Floor | Attorneys for |
| 10 | Costa Mesa, California 92626-1931<br>Tel: (714) 641-5100 | New World Acquisition, LLC |
| 11 | Fax: (714) 546-9035 | |
| 12 | Attorneys for James A. McIntyre, Sr. | |

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| 15 | In re | Case No. 8:08-bk-13421-ES<br>Chapter 11 Case |
| 16 | FREMONT GENERAL CORPORATION,<br>a Nevada corporation. | **JOINT REPLY OF SIGNATURE GROUP HOLDINGS, LLC, NEW WORLD ACQUISITION, LLC, KENNETH S. GROSSMAN, AND JAMES A. MCINTYRE, SR. TO THE OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY HOLDERS [DOCKET NO. 1938]** |
| 17 | Debtor. | |
| 18 | | |
| 19 | | |
| 20 | Taxpayer ID No. 95-2815260 | **[DECLARATIONS OF JOHN P. SCHAFER AND CRAIG NOELL IN SUPPORT THEREOF FILED UNDER SEPARATE CAPTION PAGE]** |
| 21 | | |
| 22 | | Date:    April 23, 2010<br>Time:    9:30 a.m. |
| 23 | | Courtroom: 5A<br>Judge:   Hon. Erithe A. Smith |

EXH. "A"

appropriateness of certain investments adversely affects creditors or shareholders. Again, if anything, this protection would seem to install safeguards to ensure all investments are appropriate and have been fully vetted, protecting the stakeholders. It is incomprehensible why a committee formed to represent shareholders would object to this post-effective date protection for stakeholders of reorganized Fremont. Once again, this is supplemental information above and beyond the previously available disclosure which did not address the current approval process mechanisms that Signature utilizes in vetting its investment decisions.

Finally, the OEC objects to the provision in the Settlement Agreement that Signature and New World agree that both parties have made a "substantial contribution" to the case and should receive their reasonable fees and expenses under Bankruptcy Code section 503(b). Agreeing not to oppose the other party's efforts to reimbursement of their fees and expenses is not a material modification to the Signature Plan. Each party still must file an application with the Court proving that they have provided a "substantial contribution" to this case. The U.S. Trustee, the Debtor, and the other parties in interest will retain the opportunity to review and object. Moreover, and most importantly, the Court will retain the opportunity to review and determine the merits of each substantial contribution application. This accommodation is reasonable.[12] Compare it to the OEC's Plan.

In the OEC's settlement with the TOPrS Group the OEC agreed to increase the attorney's fees awarded to the TOPrS Group from $100,000 to $200,000 as part of the TOPrS Group's treatment. Thus, the Court does not even get to review such fees to determine their reasonableness or whether they substantially contributed to the case because they are part of the TOPrS Group's treatment. Another comparison is the OEC's payment of the fees to Ranch. Pursuant to the OEC's management agreement with Ranch, the OEC agrees that:

> On the Effective Date, the Company shall reimburse Ranch Capital's actual out of pocket expenses in connection with this bankruptcy case (including, but not limited to, those expenses relating to the preparation

---

[12] New World's fees are estimated at $700,000 in its disclosure statement. The OEC through various parties twice offered to pay New World's fees to get it to withdraw its plan.

8

| In re: FREMONT GENERAL CORPORATION | Debtor(s). | CHAPTER 11 CASE NUMBER 8:08-bk-13421-ES |
|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
411 W. FOURTH ST., #9041, SANTA ANA, CA  92701

The foregoing document **UNITED STATES TRUSTEE'S SUPPLEMENTAL OMNIBUS OBJECTION TO MOTIONS FOR SUBSTANTIAL CONTRIBUTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **SEPTEMBER 1, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Kyra E Andrassy    kandrassy@wgllp.com
- Kristen N Beall    kbeall@pattonboggs.com, bmcilwain@pattonboggs.com
- Reem J Bello    rbello@wgllp.com
- Ron Bender    rb@lnbrb.com
- Dustin P Branch    dustin.branch@kattenlaw.com
- Brendt C Butler    BButler@rutan.com
- Gary O Caris    gcaris@mckennalong.com, pcoates@mckennalong.com
- Lisa W Chao    lisa.chao@doj.ca.gov
- Shawn M Christianson    cmcintire@buchalter.com
- Eric A Cook    ecook@ebglaw.com
- Kristopher Davis    ksdavis@ebglaw.com
- Ted A Dillman    Ted.dillman@lw.com
- Willis B Douglass    Willis.B.Douglass@irscounsel.treas.gov
- Jesse S Finlayson    jfinlayson@fwtrl.com, wmills@fwtrl.com
- Philip A Gasteier    pag@lnbrb.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Peter J Gurfein    pgurfein@lgbfirm.com
- D Edward Hays    ehays@marshackhays.com
- Matthew Heyn    mheyn@ktbslaw.com
- Whitman L Holt    wholt@stutman.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Michelle Hribar    mhribar@rutan.com
- Derek J Kaufman    derek.kaufman@mto.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Lewis R Landau    lew@landaunet.com
- Thomas A. Lee 2    notices@becket-lee.com
- Kerri A Lyman    klyman@irell.com
- Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com
- Robert S Marticello    Rmarticello@wgllp.com
- Neeta Menon    nmenon@stutman.com
- Sarah D Moyed    moyeds@sec.gov
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                              F 9013-3.1

| In re:<br>FREMONT GENERAL CORPORATION | Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:08-bk-13421-ES |
|---|---|---|

- Aram Ordubegian    ordubegian.aram@arentfox.com
- David L Osias    bcrfilings@allenmatkins.com, dosias@allenmatkins.com
- Christina M Padien    cmoore@akingump.com
- Jonathan Petrus    jpetrus@ktbslaw.com
- David M Poitras    dpoitras@jmbm.com
- Christopher E Prince    cprince@lesnickprince.com
- Raymond C Prospero    john@prosperolaw.com
- Thomas H Prouty    thomas.prouty@troutmansanders.com, tina.diego@troutmansanders.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- John P Schafer    jps@mandersonllp.com
- Sarah Seewer    sarah.seewer@kirkland.com
- Jonathon Shenson    jshenson@ktbslaw.com
- Evan D Smiley    esmiley@wgllp.com
- Philip E Strok    pstrok@wgllp.com
- Samuel J Teele    steele@lowenstein.com
- Thomas J Welsh    tomwelsh@orrick.com
- Brian D Wesley    brian.wesley@doj.ca.gov
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- Alan Z Yudkowsky    ayudkowsky@stroock.com
- Scott H Yun    syun@stutman.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **SEPTEMBER 1, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
Fremont General Corporation, Attn: Craig Noell, 175 N Riverview Dr, Anaheim, CA 92808
George T Caplan, Epstein Becker & Green, PC, 1925 Century Park E Ste 500, Los Angeles, CA 90067
Larry J Caldwell, Caldwell Law Firm, 1380 Lead Hill Ste 106, Roseville, CA 95661
Michael C Lieb, Willenken Wilson Loh & Lieb, LLP, 707 Wilshire Blvd Ste 3850, Los Angeles, CA 90017
Norah D Molnar, Robert W. Jones, Patton Boggs LLP, 2550 M Street NW, Washington, DC 20037-1350
Eugene Cowan, Bocarsly Emden Cowan Esmail & Arndt LLP, 633 W Fifth St 70th Fl, Los Angeles, CA 90071

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **SEPTEMBER 1, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Erithe Smith–Bin outside Rm 5097

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SEPTEMBER 1, 2010 | TARI KING | /s/ Tari King |
|---|---|---|
| Date | Type Name | Signature |