ARENT FOX LLP

Aram Ordubegian (SBN 185142)
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:   (213) 629-7400
Facsimile:   (213) 629-7401

Andrew I. Silfen (admitted *pro hac vice*)
Ronni Arnold (admitted *pro hac vice*)
1675 Broadway
New York, NY 10019
Telephone:   (212) 484-3900
Facsimile:   (212) 484-3990

Jeffrey N. Rothleder (admitted *pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, DC 20036
Telephone:   (202) 857-6000
Facsimile:   (202) 857-6395

*Attorneys for Wells Fargo Bank, N.A. and Wells Fargo Delaware Trust Company, as Trustee*

**FILED & ENTERED**

**OCT 01 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREMONT GENERAL CORPORATION,<br>a Nevada corporation,<br><br>Debtor, | Case No. 8:08-bk-13421-ES<br><br>Chapter Number: 11<br><br>**ORDER DENYING EX PARTE APPLICATION FOR SHORTENING TIME ON WELLS FARGO BANK, N.A. AND WELLS FARGO DELAWARE TRUST COMPANY'S MOTION TO STRIKE REORGANIZED DEBTOR'S COMPLIANCE OBJECTION AND DEEMING THE MOTION TO STRIKE AS EVIDENTIARY OBJECTIONS PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(i)(2)**<br><br>Date:   October 7, 2010<br>Time:   10:30 a.m.<br>Courtroom: Courtroom 5A<br>411 West Fourth Street<br>Santa Ana, California 92701 |

PROPOSED ORDER ON MOTION TO SHORTEN TIME
ON MOTION TO STRIKE DECLARATIONS

NYC/528638.1

1    On September 30, 2010, Wells Fargo Bank, N.A. and Wells Fargo Delaware Trust Company ("Wells Fargo" or the "Trustee"), solely in their respective capacities as: (a) Indenture Trustee; (b) Institutional Trustee; (c) Guaranty Trustee; and (d) Delaware Trustee, filed the motion (the "Motion to Shorten") requesting that the Court: (1) schedule a hearing on the concurrently filed Motion to Strike Reorganized Debtor's Compliance Objection and Supporting Declarations of James P. Schratz and Donald E. Royer ("Motion to Strike") on shortened notice for October 7, 2010, at 10:30 a.m; and (2) fix a deadline for parties in interest to file an opposition to the Motion to Strike for **October 5, 2010 at 5:00 p.m. Pacific Time.**

The Court has reviewed the Motion to Shorten, the declaration of Aram Ordubegian in support thereof, the Motion to Strike and all other relevant pleadings and papers filed in this case. Based on a review of those pleadings and a review of the records of this case,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is **DENIED;** and

2. The Motion to Strike shall be deemed and treated as evidentiary objections to the Organized Debtor's Compliance Objection and Supporting Declarations of James P. Schratz and Donald E. Royer within the meaning of Local Bankruptcy Rule 9013-1(i)(2).

# # #

DATED: October 1, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

- 2 -

PROPOSED ORDER ON MOTION TO SHORTEN TIME
ON MOTION TO STRIKE DECLARATIONS

NYC/528638.1

| | |
|---|---|
| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document described [PROPOSED] ORDER SHORTENING TIME ON WELLS FARGO BANK, N.A. AND WELLS FARGO DELWARE TRUST COMPANY'S MOTION TO STRIKE REORGANIZED DEBTOR'S COMPLIANCE OBJECTION AND SUPPORTING DECLARATIONS OF JAMES P. SCHRATZ AND DONALD E. ROYER will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On October 1, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL**
Honorable Erithe A. Smith
U.S. Bankruptcy Court
411 W. Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 1, 2010 | SIMONA FILIP | /s/ Simona Filip |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

## II. SERVED BY OVERNIGHT MAIL:

Office of the U.S. Trustee
Attn: Frank Cadigan, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

Glenn S. Gardipee
General Partner
Northern Systems Capital Partners
3111 Liberty Bell Road
Green Bay, WI 54313

David N. Brody
Senior Vice President, Counsel & Corporate Secretary
Signature Group Holdings, Inc
15303 Ventura Blvd., Suite 1510
Sherman Oaks, CA 91403

Signature Group Holding, Inc.
f/k/a Fremont General Corporation
175 N Riverview Drive
Anaheim, CA 92808

Counsels for Debtor and Reorganized Debtor

Whitman L Holt
Stutman, Treister & Glatt, P.C.
1901 Ave of the Stars 12th Flr
Los Angeles, CA 90067

Brendt C Butler
Rutan & Tucker, LLP
611 Anton Blvd 14th Fl
Costa Mesa, CA 92626

John P. Schafer, Esq.
Lance A. McKinlay, Esq.
Manderson, Schafer & McKinlay
4695 MacArthur Court, #1270
Newport Beach, CA 92660

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                        **F 9013-3.1**

| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

<u>Counsels for the Official Committee of Unsecured Creditors</u>

Eugene Cowan
Bocarsly Emden Cowan Esmail & Arndt LLP
633 W Fifth St 70th Fl
Los Angeles, CA 90071

Evan D Smiley
Weiland, Golden, Smiley et. al
650 Town Center Dr Ste 950
Costa Mesa, CA 92626

Jonathan Petrus
1999 Ave of the Stars 39th Fl
Los Angeles, CA 90067

Jonathon Shenson
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Ave of the Stars 39th Fl
Los Angeles, CA 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                        **F 9013-3.1**

| | |
|---|---|
| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* ORDER SHORTENING TIME ON WELLS FARGO BANK, N.A. AND WELLS FARGO DELWARE TRUST COMPANY'S MOTION TO STRIKE REORGANIZED DEBTOR'S COMPLIANCE OBJECTION AND SUPPORTING DECLARATIONS OF JAMES P. SCHRATZ AND DONALD E. ROYER was entered on the date indicated as ○Entered○ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¥ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 1, 2010 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ○Entered○ stamp, the party lodging the judgment or order will serve a complete copy bearing an ○Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 9021-1.1**

| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:

Kyra E Andrassy on behalf of Interested Party Official Committee of Equity Holders
kandrassy@wgllp.com

Kristen N Beall on behalf of Debtor Fremont General Corporation
kbeall@pattonboggs.com, bmcilwain@pattonboggs.com

Reem J Bello on behalf of Interested Party Official Committee of Equity Holders
rbello@wgllp.com

Ron Bender on behalf of Creditor Costa Brava Partnership III LP
rb@lnbrb.com

Dustin P Branch on behalf of Creditor iStar Financial, Inc.
dustin.branch@kattenlaw.com

Brendt C Butler on behalf of Interested Party Reorganized Debtor Signature Group Holding, Inc. f/k/a Fremont General Corporation
BButler@rutan.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Gary O Caris on behalf of Creditor Wells Fargo Bank, N.A.
gcaris@mckennalong.com, pcoates@mckennalong.com

Lisa W Chao on behalf of Plaintiff Insurance Commissioner of the State of California
lisa.chao@doj.ca.gov

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com

Eric A Cook on behalf of Debtor Fremont General Corporation
ecook@ebglaw.com

Kristopher Davis on behalf of Special Counsel Epstein Becker & Green, P.C.
ksdavis@ebglaw.com

Ted A Dillman on behalf of Interested Party Official Committee of Equity Security Holders
Ted.dillman@lw.com

Willis B Douglass on behalf of Creditor United States of America IRS
Willis.B.Douglass@irscounsel.treas.gov

Jesse S Finlayson on behalf of blank New York State Teachers' Retirement System
jfinlayson@fwtrl.com, wmills@fwtrl.com

Philip A Gasteier on behalf of Creditor Costa Brava Partnership III LP
pag@lnbrb.com

Jodie M Grotins on behalf of Interested Party Courtesy NEF
jgrotins@mcguirewoods.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| | |
|---|---|
| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

Peter J Gurfein on behalf of Creditor HSBC Bank USA, National Association
pgurfein@lgbfirm.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com

Matthew Heyn on behalf of Creditor Committee Official Committee of Unsecured Creditors of Fremont General Corporation
mheyn@ktbslaw.com

Whitman L Holt on behalf of Consultant FTI Consulting, Inc.
wholt@stutman.com

Mark D Houle on behalf of Creditor Bank Of New York
mark.houle@pillsburylaw.com

Michelle Hribar on behalf of Interested Party James McIntyre
mhribar@rutan.com

Derek J Kaufman on behalf of Attorney Ranch Capital, LLC & RC Fremont, LLC
derek.kaufman@mto.com

Payam Khodadadi on behalf of Creditor Belgravia Capital Management, LLC
pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com

William H. Kiekhofer on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
wkiekhofer@mcguirewoods.com

Lewis R Landau on behalf of Interested Party Alan Faigin
lew@landaunet.com

Thomas A. Lee 2 on behalf of Creditor American Express Travel Related Services Co Inc Corp Card
notices@becket-lee.com

Kerri A Lyman on behalf of Defendant David DePillo
klyman@irell.com

Richard A Marshack on behalf of Interested Party Donald Royer
rmarshack@marshackhays.com, lbergini@marshackhays.com

Robert S Marticello on behalf of Interested Party Official Committee of Equity Holders
Rmarticello@wgllp.com

Neeta Menon on behalf of Debtor Fremont General Corporation
nmenon@stutman.com

Sarah D Moyed on behalf of Interested Party Courtesy NEF
moyeds@sec.gov

Mike D Neue on behalf of Financial Advisor KPMG Corporate Finance LLC
mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

Aram Ordubegian on behalf of Creditor Wells Fargo Bank, N.A.
ordubegian.aram@arentfox.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9021-1.1

| | |
|---|---|
| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

David L Osias on behalf of Interested Party Kelly Capital, LLC
bcrfilings@allenmatkins.com, dosias@allenmatkins.com

Christina M Padien on behalf of Creditor HSBC Bank USA, National Association
cmoore@akingump.com

Jonathan Petrus on behalf of Creditor Tennenbaum Capital Partners
jpetrus@ktbslaw.com

David M Poitras on behalf of Creditor Fremont Reorganizing Corporation (f/k/a Fremont Investment & Loan)
dpoitras@jmbm.com

Christopher E Prince on behalf of Creditor New World Group
cprince@lesnickprince.com

Raymond C Prospero on behalf of Defendant National Relocation Services, Inc.
john@prosperolaw.com

Thomas H Prouty on behalf of Defendant Federal Insurance Company
thomas.prouty@troutmansanders.com, tina.diego@troutmansanders.com

Michael B Reynolds on behalf of Stockholder James McIntyre
mreynolds@swlaw.com, kcollins@swlaw.com

John P Schafer on behalf of Debtor Fremont General Corporation
jps@mandersonllp.com

Sarah Seewer on behalf of Interested Party Courtesy NEF
sarah.seewer@kirkland.com

Jonathon Shenson on behalf of Attorney Klee, Tuchin, Bogdanoff & Stern LLP
jshenson@ktbslaw.com

Evan D Smiley on behalf of Creditor Committee Official Committee of Unsecured Creditors of Fremont General Corp.
esmiley@wgllp.com

Philip E Strok on behalf of Debtor Fremont General Corporation
pstrok@wgllp.com

Samuel J Teele on behalf of blank New York State Teachers' Retirement System
steele@lowenstein.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Thomas J Welsh on behalf of Interested Party Courtesy NEF
tomwelsh@orrick.com

Brian D Wesley on behalf of Creditor FRANCHISE TAX BOARD
brian.wesley@doj.ca.gov

Marc J Winthrop on behalf of Creditor Belgravia Capital Management, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9021-1.1

| | |
|---|---|
| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

Alan Z Yudkowsky on behalf of Creditor Water Garden Company L.L.C.
ayudkowsky@stroock.com

Scott H Yun on behalf of Debtor Fremont General Corporation
syun@stutman.com

**III.    TO BE SERVED BY THE LODGING PARTY**:

Counsel to Deutsche Bank National Trust Company
Neal Salisian
Morgan Lewis & Bockius LLP
300 S Grand Ave Ste 2200

Robert W. Jones, Esq
Brent R. McIlwain, Esq.
Kristen Beall, Esq.
Patton Boggs LLP
2000 McKinney Avenue Suite 1700
Dallas, TX 75201

Counsel to HSBC Bank USA
Peter J. Gurfein, Esq.
Akin Gump Strauss & Feld LLP
2029 Century Park East, 24th Floor
Los Angeles, CA 90067

Counsel to HSBC Bank USA
David P. Simonds, Esq.
Akin Gump Strauss & Feld LLP
2029 Century Park East, 24th Floor
Los Angeles, CA 90067

Rita Angel
c/o Joshua T. Angel
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

Jay Scollins
Roark, Rearden & Hamot Capital Mgmt.
222 Berkeley Street, 17th Floor
Boston, MA 02116

Financial Advisor to Creditors Committee
Deborah Hicks Midanek
Solon Group, Inc.
350 East 57th Street, 1A
New York, N.Y. 10022

Thomas B. Walper, Esq.
Derek J. Kaufman, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, #3500
Los Angeles, CA 9007

John Schryber, Esq.
Norah Molnar, Esq.
Patton Boggs LLP
2550 M Street NW
Washington, DC 20037-1350

Chapter 11 Examiner
Leonard Gumport, Esq.
550 South Hope Street. #825
Los Angeles, CA 90071-2627

Creditors Committee
Tennenbaum Multi-Strategy Master Fund
c/o David Hollander, Managing Director
2951 28th Street, #1000
Santa Monica, CA 90405

HSBC Bank USA
c/o Robert Conrad, Vice President
10 East 40th Street, 14th Floor
New York, NY 10018

Ex Officio Member
Howard Amster
23811 Chagrin Blvd., #200
Beachwood, OH 44122

David T. Cohen, Esq.
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 9021-1.1

| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

Counsel to Debtor
Stutman, Treister & Glatt
Theodore B. Stolman, Esq.
Scott H. Yun, Esq.
1901 Avenue of the Stars, #1200
Los Angeles, CA 90067

Wells Fargo Bank as Successor to
The Bank of New York
c/o James R. Lewis, Vice President
Thomas M. Korsman, Vice President
45 Broadway, 14th Floor
New York, NY 10006

Dennis & Loretta Danko Family Trust
Dennis Danko, Trustee
10941 E. Buckskin Trail
Scottsdale, AZ 85255

Ex Officio Member
Seth Hamot
Roark, Rearden & Hamot Capital
222 Berkeley Street, 17th Floor
Boston, MA 02116

Jeff Erler, Esq.
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

United States Attorney's Office
Tax Division
Federal Bldg., Room 7211
300 North Los Angeles Street
Los Angeles, CA 90012

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Barry Freeman, Esq.
David Poitras, P.C.
Jeffer, Mangels, Butler & Marmaro
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Bank of New York Trust Co.
Attn: Bridget Schessler
525 William Penn Place, Fl. 7
Pittsburgh, PA 15219-1737

Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Thomas Leanse, Esq.
Dustin P. Branch, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East. #2600
Los Angeles, CA 90067-3012

CapitalSource TRS Inc.
Attn: Chief Legal Officer
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

David C. Weavil
Mila D. Weavil, Trustee
Weavil Family Trust
7691 Deboe Road
Summerfield, NC 27358-9025

Zaki A. Sheikh
R/O IRA
FCC as Custodian
2552 Westmoreland Drive
Granite City, IL 62040-5248

P. Reisbord, H. Reisbord, Co-Trustees
4540 Noeline Way
Encino, CA 91436-2108

Phillip J. Salvati IRA
Bear Stearns SEC Corp.
2 Aristotle
Irvine, CA 92603-3619

U.S. Dept. of Justice Tax Division
Civil Trial Section, Western Region
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9021-1.1

| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

Counsel to Bank of New York
Mark D. Houle, Esq.
Pillsbury Winthrop Shaw Pittmann LLP
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122

FDIC
San Francisco Regional Office
25 Jessie Street at Ecker Square, #2300
San Francisco, CA 94105

Error Accounts Bonds
RBC Capital Markets
Attn: Proxy Dept. M10
510 Marquette Ave. S
Minneapolis, MN 55402

Sarah Moyed, Esq.
Security Exchange Commission
5670 Wilshire Boulevard
11th Floor
Los Angeles, CA 90036

Counsel for Bankplus Wealth Mgmt. Group
Morgan Stanley
Attn: Robyn Chunn
4450 Old Canton Road, Suite 100
Jackson, MS 39211

NFS/FMTC IRA
11 Windward Place
Cape Haze, FL 33946-2339

Howard Amster
23811 Chagrin Blvd., #200
Beachwood, OH 44122

James M. Rockett, Esq.
Bingham McCutchen LLP
3 Embarcadero Center
San Francisco, CA 94111

Shmuel Klein, Esq.
Law Offices of Shmuel Klein
268 Route 59
Spring Valley, NY 10977

Mark R. Somerstein, Esq.
Amy E. Vanderwal, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Clinton R. Stevenson Jr., Trustee
c/o West Coast Housing Partners
3027 Townsgate Road, Suite 250
Westlake Village, CA 91361

Glenn and Machiko Teshirogi RE
28913 Covescrest Drive
Rancho Palos Verdes, CA 90275

State of California
Dept. of Financial Institutions
45 Fremont Street, Ste. 1700
San Francisco, CA 94105

Eric M. Banhazl
Ilyssa C. Banhazl
240 Crescent Glen Drive
Glendora, CA 91741

NFS/FMTC IRA
Apt. 237
24431 Lyons Avenue
Santa Clarita, CA 91321

NFS/FMTC IRA Lynne Unger
3614 Hardwick Court
PO Box 4905
Douglasville, GA 30135
Muskegon, MI 49444

Gonzalo Fulquet
Elena Salles & Alvaro Rincon
541 Oficina 501
Montevideo CP 11000
URUGUAY

Counsel to (NYSTRS)
Jesse S. Finlayson Michael R. Williams
Finlayson & Williams
15615 Alton Parkway, #250
Irvine, CA 92618

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                         F 9021-1.1

| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

Counsel to New York State Teachers'
Retirement System (NYSTRS)
Michael S. Etkin/S. Jason Teele
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068

Evelyn Gotberg, Pro Se
100 Alnwick Road
Malverne, NY 11565

Counsel to Water Garden Company
Stroock & Stroock & Lavan LLP
Harold A. Olsen, Esq.
180 Maiden Lane
New York, NY 10038

Michael C. Lieb
Willenken, et al.
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017

Request for Special Notice
Mark B. Frazier, Esq.
Michelle C. Hribar, Esq.
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626

George B. Piggott, Esq.
Ronald J. Nicholas, Jr.
Law Offices of George B. Piggott
2 Park Plaza, Suite 300
Irvine, CA 92614-8513

Counsel to (NYSTRS)
Salvatore J. Graziano, Esq.
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Attorneys for Costa Brava Corporation
William J. Wall, Esq.
The Wall Law Office
9900 Research Drive
Irvine, CA 92618

Counsel to Iron Mountain
Frank F. McGuinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Linda Van Winkle Deadon, Esq.
Nima Shivayi, Esq.
Bate, Peterson, Deacon, Zinn
888 South Figueroa St., 15th Floor
Los Angeles, CA 9001

Peter D. Wolfson, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020

Eugene P. Schwartz'
Eugene P. Schwartz Trust
Bridget Tracy. Successor Trustee
31 East Central Avenue
West Carrollton, OH 45449-0156

William M. Iadarola
6B Liberty, Suite 245
Aliso Viejo, CA 92656

Eric J. Glassman
Mennemeier Glassman & Stroud
980 9th Street_ #1700
Sacramento, CA 95814

David W. Wirt
Katherine Heid Harris
Locke Lord Bissell & Liddell
111 South Wacker Drive
Chicago, IL 60606

Steven A. Marenberg, Esq.
Charles E. Elder, Esq.
Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Request For Special Notice
John Haack
2500 Village Lane
Foristell, MO 63348-2422

Robert R. Kinas, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89169

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                F 9021-1.1

| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

Request for Special Notice
Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, #2600
Los Angeles, CA 90071-3119

Kern A. Lyman, Esq.
Irell & Manella, LLP
8400 Newport Center Drive, #400
Newport Beach, CA 91660

Michael D. Braun, Esq.
Braun Law Group, P.C.
10680 West Pico Blvd., #280
Los Angeles, CA 90064

Counsel to Thomas P. DiNapoli
Entwistle & Cappucci LLP
Attn: Johnston de F. Whitman, Jr.
280 Park Avenue 26th Floor West
New York, NY 10017

John M. Mlynick
23 Mechanic Street
Shelburne Falls, MA 01370

George T. Caplan. Esq.
Kristopher S. Davis_ Esq.
Epstein. Becker & Green
1925 Century Park East. #500
Los Angeles, CA 90067

Andrey (Andre) Mutchnik
17, de la Poudriere, #105
Montreal, Quebec, Canada H4G 3J5

Larry J Caldwell
Caldwell Law Firm
1380 Lead Hill Ste 106
Roseville, CA 95661

Christopher E. Prince, Esq.
Lesnick Prince LLP
185 Pier Avenue, #103
Santa Monica, CA 90405

John D. Schlotter, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Moses Lebovits, Esq.
Christopher G. Brady, Esq.
Daniels, Fine, Israel, Schonbuch
1801 Century Park East, 9th Floor
Los Angeles, CA 90067

Providers of Interim Management
Albert S. Conly
FTI Consulting, Inc.
2001 Ross Avenue, #400
Dallas, TX 765201

Attorneys for Commonwealth of Mass.
Jean M. Healey /John M. Stephan
Martha Coakley_ Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

Carole Neville, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020

Attorneys for U.S. Bank National Assoc.
William H. Kiekhofer, III, Esq.
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067

c/o Chapman and Cutler LLP
Franklin H. Top, III
111 West Monroe Street
Chicago, IL 60603-4080

Counsel for Ernst & Young LLP
Matthew D. Lee, Esq.
Foley & Lardner LLP
555 South Flower Street, #3500
Los Angeles, CA 90071-241

Solicitation and Balloting Agent
Drake D. Foster
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9021-1.1

| | |
|---|---|
| In re: FREMONT GENERAL CORPORATION | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

Glenn S. Gardipee
General Partner
Northern Systems Capital Partners
3111 Liberty Bell Road
Green Bay, WI 54313

Signature Group Holding, Inc.
f/k/a Fremont General Corporation
175 N Riverview Drive
Anaheim, CA 92808

David N. Brody
Senior Vice President, Counsel & Corporate Secretary
Signature Group Holdings, Inc
15303 Ventura Blvd., Suite 1510
Sherman Oaks, CA 91403

Eugene Cowan
Bocarsly Emden Cowan Esmail & Arndt LLP
633 W Fifth St 70th Fl
Los Angeles, CA 90071

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9021-1.1