JOHN P. SCHAFER (SBN 205638)
jps@mandersonllp.com
MANDERSON, SCHAFER & McKINLAY LLP
4695 MacArthur Court, Suite 1270
Newport Beach, CA  92660
Tel: (949) 788-1038
Fax: (949) 743-8310

Attorneys for reorganized debtor Signature Group
Holdings, Inc. f/k/a Fremont General Corporation

RUTAN & TUCKER, LLP
Brendt C. Butler (SBN 211273)
bbutler@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Tel: (714) 641-5100
Fax: (714) 546-9035

Attorneys for reorganized debtor Signature Group
Holdings, Inc. f/k/a Fremont General Corporation

FILED & ENTERED

OCT 01 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:08-bk-13421-ES |
| FREMONT GENERAL CORPORATION, a Nevada corporation, | Chapter 11 Case |
| Debtor. | **ORDER DENYING EX PARTE APPLICATION FOR ORDER SHORTENING TIME PURSUANT TO LOCAL BANKRUPTCY RULE 9075-1 ON (1) "REORGANIZED DEBTOR SIGNATURE GROUP HOLDINGS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS PROPOUNDED ON KPMG CORPORATE FINANCE LLC" AND (2) "AMENDED NOTICE OF MOTION AND MOTION FOR ORDER DISALLOWING, IN PART, PROOF OF CLAIM NUMBER 609 FILED BY WELLS FARGO BANK, N.A. AND REQUEST FOR DISGORGEMENT OF CERTAIN MONEYS PAID OVER"** |
| Taxpayer ID No. 95-2815260 | |
| | **Proposed Hearing Date** |
| | **Date:** October 7, 2010 |
| | **Time:** 10:30 a.m.___ |
| | **Courtroom:** 5A |
| | **Judge:** Hon. Erithe A. Smith |

1

1

2    On September 30, 2010, reorganized debtor Signature Group Holdings, Inc. f/k/a Fremont

3  General Corporation ("Reorganized Debtor") respectfully filed its application ("OST Application")

4  requesting that the Court: (1) schedule a hearing on the concurrently filed *Reorganized Debtor*

5  *Signature Group Holdings, Inc.'s Motion to Compel Production of Documents Propounded on*

6  *KPMG Corporate Finance LLC* [Docket No. 2376] ("Motion to Compel") and *Amended Motion for*

7  *Order Disallowing, in Part, Proof of Claim Number 609 Filed by Wells Fargo Bank, N.A. and*

8  *Request for Disgorgement of Certain Moneys Paid Over* [Docket No. 2375] ("Motion to Disallow")

9  on shortened notice for **October 7, 2010 at 10:30 a.m.**; and (2) fix a deadline for parties in interest to

10  file an opposition to the Motion to Compel and Motion to Disallow for **October 5, 2010 at 5:00 p.m.**

11  **Pacific Time**.  The OST Application was supported by the Motion to Compel, Motion to Disallow,

12  and the Declaration of John P. Schafer filed in support of the Motion to Compel justifying the request

13  for shortened time.

14    The Court has reviewed the OST Application, the Motion to Compel, the Motion to Disallow,

15  the Declaration of John P. Schafer and all exhibits appended thereto, and all other relevant pleadings

16  and papers filed in this case.  Based on a review of those pleadings and a review of the record of this

17  case, the Court finds that the OST Application states insufficient grounds for setting a hearing on the

18  Motion to Compel and Motion to Disallow on an expedited basis, and

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.   The OST Application is **DENIED** as to the Motion to Compel due to (a) lack of compliance with Local Bankruptcy Rule 7026-1(a)(3), and (b) insufficient exigent circumstance stated for hearing a matter of significant substance on shortened time; and

2.   The OST Application is **DENIED** as to the Motion to Disallow due to insufficient exigent circumstance stated for hearing a matter of such significant substance on shortened time.

# # #



DATED: October 1, 2010

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

611 Anton Blvd., 14th Floor, Costa Mesa, CA  92626

A true and correct copy of the foregoing document described as **[PROPOSED] ORDER SHORTENING TIME PURSUANT TO LOCAL BANKRUPTCY RULE 9075-1 ON (1) "REORGANIZED DEBTOR SIGNATURE GROUP HOLDINGS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS PROPOUNDED ON KPMG CORPORATE FINANCE LLC" AND (2) "AMENDED NOTICE OF MOTION AND MOTION FOR ORDER DISALLOWING, IN PART, PROOF OF CLAIM NUMBER 609 FILED BY WELLS FARGO BANK, N.A. AND REQUEST FOR DISGORGEMENT OF CERTAIN MONEYS PAID OVER"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   October 1, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October1, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via E-Mail

- Kyra E Andrassy     kandrassy@wgllp.com
- Kristen N Beall     kbeall@pattonboggs.com, bmcilwain@pattonboggs.com
- Reem J Bello     rbello@wgllp.com
- Ron Bender     rb@lnbrb.com
- Dustin P Branch     dustin.branch@kattenlaw.com
- Brendt C Butler     BButler@rutan.com
- Frank Cadigan     frank.cadigan@usdoj.gov
- Gary O Caris     gcaris@mckennalong.com, pcoates@mckennalong.com
- Lisa W Chao     lisa.chao@doj.ca.gov
- Shawn M Christianson     cmcintire@buchalter.com
- Eric A Cook     ecook@ebglaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                      **F 9013-3.1.PROOF.SERVICE**

- Kristopher Davis     ksdavis@ebglaw.com
- Ted A Dillman     Ted.dillman@lw.com
- Willis B Douglass     Willis.B.Douglass@irscounsel.treas.gov
- Jesse S Finlayson     jfinlayson@fwtrl.com, wmills@fwtrl.com
- Philip A Gasteier     pag@lnbrb.com
- Jodie M Grotins     jgrotins@mcguirewoods.com
- Peter J Gurfein     pgurfein@lgbfirm.com
- D Edward Hays     ehays@marshackhays.com
- Matthew Heyn     mheyn@ktbslaw.com
- Whitman L Holt     wholt@stutman.com
- Mark D Houle     mark.houle@pillsburylaw.com
- Michelle Hribar     mhribar@rutan.com
- Derek J Kaufman     derek.kaufman@mto.com
- Payam Khodadadi     pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- William H. Kiekhofer     wkiekhofer@mcguirewoods.com
- Lewis R Landau     lew@landaunet.com
- Thomas A. Lee 2     notices@becket-lee.com
- Kerri A Lyman     klyman@irell.com
- Richard A Marshack     rmarshack@marshackhays.com, lbergini@marshackhays.com
- Robert S Marticello     Rmarticello@wgllp.com
- Neeta Menon     nmenon@stutman.com
- Sarah D Moyed     moyeds@sec.gov
- Mike D Neue     mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Aram Ordubegian     ordubegian.aram@arentfox.com
- David L Osias     bcrfilings@allenmatkins.com, dosias@allenmatkins.com
- Christina M Padien     cmoore@akingump.com
- Jonathan Petrus     jpetrus@ktbslaw.com
- David M Poitras     dpoitras@jmbm.com
- Christopher E Prince     cprince@lesnickprince.com
- Raymond C Prospero     john@prosperolaw.com
- Thomas H Prouty     thomas.prouty@troutmansanders.com, tina.diego@troutmansanders.com
- Michael B Reynolds     mreynolds@swlaw.com, kcollins@swlaw.com
- John P Schafer     jps@mandersonllp.com
- Sarah Seewer     sarah.seewer@kirkland.com
- Jonathon Shenson     jshenson@ktbslaw.com
- Evan D Smiley     esmiley@wgllp.com
- Philip E Strok     pstrok@wgllp.com
- Samuel J Teele     steele@lowenstein.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Thomas J Welsh     tomwelsh@orrick.com
- Brian D Wesley     brian.wesley@doj.ca.gov
- Marc J Winthrop     mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- Alan Z Yudkowsky     ayudkowsky@stroock.com
- Scott H Yun     syun@stutman.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

<u>Via Hand Delivery</u>
Hon. Erithe A. Smith, U.S. Bankruptcy Ct.
411 W. Fourth Street, Santa Ana, CA  92701
(Bin Outside or Room 5097)

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 1, 2010 | Amie Tancas | /s/ Amie Tancas |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 **F 9013-3.1.PROOF.SERVICE**

## PROOF SERVICE LIST

America's Servicing Company
c/o  McCalla Raymer LLC
1544 Old Alabama Road
Roswell, GA 30076

Jack A. Banan
15000 Emory Lane
Rockville, MD 20853

James Bielan
1128 Cherry Hill Lane
Webster, NY 14580

Don Bigelo
2635 E Serrano Avenue
Orange, CA 92866

Bocarsly Emden Cowan Esmail &
Arndt LLP
633 West Fifth Street, 70th Floor
Los Angeles, CA 90071

Michael D. Braun
Braun Law Group PC
12304 Santa Monica Boulevard, Suite 109
Los Angeles, CA 90025

Larry J. Caldwell
Caldwell Law Firm
1380 Lead Hill, Suite 106
Roseville, CA 95661

Peter J. Callaghan
8837 N Congress Avenue, Apt. 717
Kansas City, MO 64153

George T. Caplan
Epstein Becker & Green, PC
1925 Century Park East, Suite 500
Los Angeles, CA 90067

Young Sook Chun
3525 Sawtelle Boulevard, #209
Los Angeles, CA 90066

Signature Capital Advisers, on behalf of
Signature Group Holdings, Inc.
15303 Ventura Blvd. Suite 1510
Sherman Oaks, CA  91403

Eugene Cowan
Bocarsly Emden Cowan Esmail &
Arndt LLP
633 W Fifth Street, 70th Floor
Los Angeles, CA 90071

Deutsche Bank National Trust Co.,
as Trustee
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

Linda Deacon
Bate Peterson Deacon Zinn &
Young LLP
888 S. Figueroa Street, 15th Fl
Los Angeles, CA 90017

Damian Donder
12 Ferry Crossing Drive SE
Rome, GA 30161

William C. Dresser
4 N Second Street, Suite 1230
San Jose, CA 95113-1307

Thomson Financial Corporate Services
Attn:  Marcy Miller
22 Thomson Place
Boston, MA  02201

Alex Feldman
1700 E 15th, Apt #B4
Brooklyn, NY 11229

Eugene R. Fiset
18162 Buena Vista
Yorba Linda, CA 92886-4011

Randy Fox
14515 S. Mullen
Olathe, KS 66062

Glenn S. Gardipee
3111 Liberty Bell Road
Green Bay, WI 54313

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Eric J. Glassman
Mennemeier Glassman &
  Stroud LLP
980 9th Street, Soute 1700
Sacramento, CA 95814

Evelyn Gofberg
100 Alnwick
Malverne, NY 11565

Leonard Gumport
550 S Hope Street, #825
Los Angeles, CA 90071-2627

John Haack
2500 Village Lane
Foristell, MO 63348-2693

Katherine E. Hay
200 N Sepulveda Boulevard, #300
El Segundo, CA 90245

Jean M. Healey
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

James P. Houpt
Orrick Herrington & Sutcliffe LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

William M. Iadarola
6B Liberty, Suite 245
Aliso Viejo, CA 92656

David V. Ing
3108 Kaohinani Drive
Honolulu, HI 96817-1039

Iron Mountain Information Mgmt, Inc.
c/o  Frank F. McGinn
155 Federal Street, 9th Floor
Boston, MA 02110

Vivek Iyengar
627 E. 6th Street
Hinsdale, IL 60521

Zeb Jenkins
74 Mapleview Road
Cheektowaga, NY 14225

Robert W Jones
Patton Boggs LLP
2000 McKinney Avenue, Suite 1700
      Dallas, TX  75201

Raymond B. Jue
300 S. Spring Street, #500
Los Angeles, CA 90013

Fritz Keller
3003 Memorial Court, Apt. 1113
Houston, TX 77007

Shmuel Klein
268 Route 59 West
Spring Valley, NY 10977

Melinda Kolpin
17747 Camino de Yatsto
Pacific Palisades, CA 90272

Kurtzman Carson Consultants LLC
Attn:  James Le
2335 Alaska Avenue
El Segundo, CA 90245

Michael C. Lieb
Willenken Wilson Loh & Lieb, LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017

Anthony Lombardo
2014 Julius Court
Walnut Creek, CA 94598

Terry L Mason
P.O. Box 14
Shasta Lake, CA 96019

Colin Milner
4392 Forest Hill Road
Stow, OH 44224

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

George Miranda
12012 Arndt Road
Aurora, OR 97002

John M. Mlynick
23 Mechanic Street
Shelburne Falls, MA 01370

Norah D. Molnar
Patton Boggs LLP
2550 M Street NW
Washington, DC 20037-1350

Andrey (Andre) Mutchnik
17, de la Poudriere #105
Montreal, Quebec, Canada, H4G 3J5

Simon T. Ndongo
P.O. Box 66332
Mobile, AL 36660

Ronald J. Nicolas
George B. Piggott
2 Park Plaza, Suite 300
Irvine, CA 92614-0500

Tarun Oberoi
90 Millers Lane
Ringwood, NJ 07456

Jae Park
6152 Stanton Avenue, Apt. B212
Buena Park, CA 90621

Ramesh Pathak
31 Blaisdell Way
Fremont, CA 94536

Dong Dang Pham
701 NE 20th Street
Moore, OK 73160

Daniel Pierro
1160 Manchester Way NE
Atlanta, GA 30319

Jonathan D. Plaut
Chardon Law Offices
One State Street, Suite 1200
Boston, MA 02109

Erik M. Pritchard
Troutman Sanders LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614-8592

Raymond C. Prospero
3638 University Avenue, Suite 249
Riverside, CA 92501

Donald J. Putterman
Kasowitz Benson Torres &
   Friedman LLP
101 California Street, Suite 2050
San Francisco, CA 94111

Centrell Reed
11698 Capitan Lane
Frisco, TX 75034

Stephanie M. Saito
Bate Peterson Deacon Zinn &
   Young LLP
888 S Figueroa Street, 15th Floor
Los Angeles, CA 90017

Greg Seidel
10297 N. Sinclair Circle
Fresno, CA 93730

Milan Shah
8273 E. Blackwillow
Anaheim, CA 92808

Surendra P. Sinha
7734 Tailspin Lane
Scottsdale, AZ 85255

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americans
New York, NY 10036-8704

Solon Group, Inc.
350 E. 57th Street, Suite 1A
New York, NY 10022

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

Brigette M. Dewez
1601 N. Sepulveda Boulevard
PMB 589
Manhattan Beach, CA  90266

John M. Stephan
Office of the Attorney General
One Ashburton Place, 18th floor
Boston, MA 02108

Thomas J. Welch
Orrick, Herrington & Sutchliffe LLP
400 Capital Mall, Suite 3000
Sacramento, 95814-4497

Robert Valade
HC 74 Box 21B
Pecos, NM 87552

Ronald Wilborn
P.O. Box 170259
Atlanta, GA 30317

Thomas C. Whitesell
c/o  Moses Lebovits
1801Century Park E, 9th Floor
Los Angeles, CA 90067

Paul A. Witter
c/o  Pamela A. Ashby, Esq
Baylor & Jackson
1025 Connecticut Avenue NW
Suite 1202
Washington, DC 20036

Diane Winchester
18018 N. 93rd Place
Scottsdale, AZ 85255

Tom Yoon
3525 Sawtelle Boulevard, #209
Los Angeles, CA 90066

Bryan Wong
Beck & Jenkins
6830 Palm Avenue
Riverside, CA 92506

BNY Mellon Shareholder Services
Attn:  James Kirkland
Relationship manager
400 South Hope Street, 4th Floor
Los Angeles, CA  90071

KPMG Corporate Finance LLC
Plaza Tower Ste 700
600 Anton Blvd
Costa Mesa, CA 92626-7651

Weiland, Golden, et al.
Attn: Evan D. Smiley, Esq.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Klee, Tuchin, Bogdanoff & Stern LLP
Attn:  Lee R. Bogdanoff, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6049

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER SHORTENING TIME PURSUANT TO LOCAL BANKRUPTCY RULE 9075-1 ON (1) "REORGANIZED DEBTOR SIGNATURE GROUP HOLDINGS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS PROPOUNDED ON KPMG CORPORATE FINANCE LLC" AND (2) "AMENDED NOTICE OF MOTION AND MOTION FOR ORDER DISALLOWING, IN PART, PROOF OF CLAIM NUMBER 609 FILED BY WELLS FARGO BANK, N.A. AND REQUEST FOR DISGORGEMENT OF CERTAIN MONEYS PAID OVER"** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 1, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Kyra E Andrassy     kandrassy@wgllp.com
- Kristen N Beall     kbeall@pattonboggs.com, bmcilwain@pattonboggs.com
- Reem J Bello     rbello@wgllp.com
- Ron Bender     rb@lnbrb.com
- Dustin P Branch     dustin.branch@kattenlaw.com
- Brendt C Butler     BButler@rutan.com
- Frank Cadigan     frank.cadigan@usdoj.gov
- Gary O Caris     gcaris@mckennalong.com, pcoates@mckennalong.com
- Lisa W Chao     lisa.chao@doj.ca.gov
- Shawn M Christianson     cmcintire@buchalter.com
- Eric A Cook     ecook@ebglaw.com
- Kristopher Davis     ksdavis@ebglaw.com
- Ted A Dillman     Ted.dillman@lw.com
- Willis B Douglass     Willis.B.Douglass@irscounsel.treas.gov
- Jesse S Finlayson     jfinlayson@fwtrl.com, wmills@fwtrl.com
- Philip A Gasteier     pag@lnbrb.com
- Jodie M Grotins     jgrotins@mcguirewoods.com
- Peter J Gurfein     pgurfein@lgbfirm.com
- D Edward Hays     ehays@marshackhays.com
- Matthew Heyn     mheyn@ktbslaw.com
- Whitman L Holt     wholt@stutman.com
- Mark D Houle     mark.houle@pillsburylaw.com
- Michelle Hribar     mhribar@rutan.com
- Derek J Kaufman     derek.kaufman@mto.com
- Payam Khodadadi     pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- William H. Kiekhofer     wkiekhofer@mcguirewoods.com
- Lewis R Landau     lew@landaunet.com
- Thomas A. Lee 2     notices@becket-lee.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                           **F 9013-3.1.PROOF.SERVICE**

- Kerri A Lyman     klyman@irell.com
- Richard A Marshack     rmarshack@marshackhays.com, lbergini@marshackhays.com
- Robert S Marticello     Rmarticello@wgllp.com
- Neeta Menon     nmenon@stutman.com
- Sarah D Moyed     moyeds@sec.gov
- Mike D Neue     mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Aram Ordubegian     ordubegian.aram@arentfox.com
- David L Osias     bcrfilings@allenmatkins.com, dosias@allenmatkins.com
- Christina M Padien     cmoore@akingump.com
- Jonathan Petrus     jpetrus@ktbslaw.com
- David M Poitras     dpoitras@jmbm.com
- Christopher E Prince     cprince@lesnickprince.com
- Raymond C Prospero     john@prosperolaw.com
- Thomas H Prouty     thomas.prouty@troutmansanders.com, tina.diego@troutmansanders.com
- Michael B Reynolds     mreynolds@swlaw.com, kcollins@swlaw.com
- John P Schafer     jps@mandersonllp.com
- Sarah Seewer     sarah.seewer@kirkland.com
- Jonathon Shenson     jshenson@ktbslaw.com
- Evan D Smiley     esmiley@wgllp.com
- Philip E Strok     pstrok@wgllp.com
- Samuel J Teele     steele@lowenstein.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Thomas J Welsh     tomwelsh@orrick.com
- Brian D Wesley     brian.wesley@doj.ca.gov
- Marc J Winthrop     mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- Alan Z Yudkowsky     ayudkowsky@stroock.com
- Scott H Yun     syun@stutman.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>VIA U.S. MAIL</u>

America's Servicing Company
c/o  McCalla Raymer LLC
1544 Old Alabama Road
Roswell, GA 30076

Jack A. Banan
15000 Emory Lane
Rockville, MD 20853

James Bielan
1128 Cherry Hill Lane
Webster, NY 14580

Don Bigelo
2635 E Serrano Avenue
Orange, CA 92866

Bocarsly Emden Cowan Esmail &
  Arndt LLP
633 West Fifth Street, 70th Floor
Los Angeles, CA 90071

Michael D. Braun
Braun Law Group PC
12304 Santa Monica Boulevard, Suite 109
Los Angeles, CA 90025

Larry J. Caldwell
Caldwell Law Firm
1380 Lead Hill, Suite 106
Roseville, CA 95661

Peter J. Callaghan
8837 N Congress Avenue, Apt. 717
Kansas City, MO 64153

George T. Caplan
Epstein Becker & Green, PC
1925 Century Park East, Suite 500
Los Angeles, CA 90067

Young Sook Chun
3525 Sawtelle Boulevard, #209
Los Angeles, CA 90066

Signature Capital Advisers, on behalf of
Signature Group Holdings, Inc.
15303 Ventura Blvd. Suite 1510
Sherman Oaks, CA  91403

Eugene Cowan
Bocarsly Emden Cowan Esmail &
  Arndt LLP
633 W Fifth Street, 70th Floor
Los Angeles, CA 90071

Deutsche Bank National Trust Co.,
  as Trustee
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

Linda Deacon
Bate Peterson Deacon Zinn &
  Young LLP
888 S. Figueroa Street, 15th Fl
Los Angeles, CA 90017

Damian Donder
12 Ferry Crossing Drive SE
Rome, GA 30161

William C. Dresser
4 N Second Street, Suite 1230
San Jose, CA 95113-1307

Thomson Financial Corporate Services
Attn:  Marcy Miller
22 Thomson Place
Boston, MA  02201

Alex Feldman
1700 E 15th, Apt #B4
Brooklyn, NY 11229

Eugene R. Fiset
18162 Buena Vista
Yorba Linda, CA 92886-4011

Randy Fox

Glenn S. Gardipee

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

14515 S. Mullen
Olathe, KS 66062

Eric J. Glassman
Mennemeier Glassman &
 Stroud LLP
980 9th Street, Soute 1700
Sacramento, CA 95814

Leonard Gumport
550 S Hope Street, #825
Los Angeles, CA 90071-2627

Katherine E. Hay
200 N Sepulveda Boulevard, #300
El Segundo, CA 90245

James P. Houpt
Orrick Herrington & Sutcliffe LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

David V. Ing
3108 Kaohinani Drive
Honolulu, HI 96817-1039

Vivek Iyengar
627 E. 6th Street
Hinsdale, IL 60521

Robert W Jones
Patton Boggs LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
Fritz Keller
3003 Memorial Court, Apt. 1113
Houston, TX 77007

Melinda Kolpin
17747 Camino de Yatsto
Pacific Palisades, CA 90272

Michael C. Lieb
Willenken Wilson Loh & Lieb, LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017

Terry L Mason
P.O. Box 14
Shasta Lake, CA 96019

3111 Liberty Bell Road
Green Bay, WI 54313

Evelyn Gofberg
100 Alnwick
Malverne, NY 11565

John Haack
2500 Village Lane
Foristell, MO 63348-2693

Jean M. Healey
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

William M. Iadarola
6B Liberty, Suite 245
Aliso Viejo, CA 92656

Iron Mountain Information Mgmt, Inc.
c/o  Frank F. McGinn
155 Federal Street, 9th Floor
Boston, MA 02110

Zeb Jenkins
74 Mapleview Road
Cheektowaga, NY 14225

Raymond B. Jue
300 S. Spring Street, #500
Los Angeles, CA 90013

Shmuel Klein
268 Route 59 West
Spring Valley, NY 10977

Kurtzman Carson Consultants LLC
Attn:  James Le
2335 Alaska Avenue
El Segundo, CA 90245

Anthony Lombardo
2014 Julius Court
Walnut Creek, CA 94598

Colin Milner
4392 Forest Hill Road
Stow, OH 44224

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                    **F 9013-3.1.PROOF.SERVICE**

George Miranda
12012 Arndt Road
Aurora, OR 97002

John M. Mlynick
23 Mechanic Street
Shelburne Falls, MA 01370

Norah D. Molnar
Patton Boggs LLP
2550 M Street NW
Washington, DC 20037-1350

Andrey (Andre) Mutchnik
17, de la Poudriere #105
Montreal, Quebec, Canada, H4G 3J5

Simon T. Ndongo
P.O. Box 66332
Mobile, AL 36660

Ronald J. Nicolas
George B. Piggott
2 Park Plaza, Suite 300
Irvine, CA 92614-0500

Tarun Oberoi
90 Millers Lane
Ringwood, NJ 07456

Jae Park
6152 Stanton Avenue, Apt. B212
Buena Park, CA 90621

Ramesh Pathak
31 Blaisdell Way
Fremont, CA 94536

Dong Dang Pham
701 NE 20th Street
Moore, OK 73160

Daniel Pierro
1160 Manchester Way NE
Atlanta, GA 30319

Jonathan D. Plaut
Chardon Law Offices
One State Street, Suite 1200
Boston, MA 02109

Erik M. Pritchard
Troutman Sanders LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614-8592

Raymond C. Prospero
3638 University Avenue, Suite 249
Riverside, CA 92501

Donald J. Putterman
Kasowitz Benson Torres &
   Friedman LLP
101 California Street, Suite 2050
San Francisco, CA 94111

Centrell Reed
11698 Capitan Lane
Frisco, TX 75034

Stephanie M. Saito
Bate Peterson Deacon Zinn &
   Young LLP
888 S Figueroa Street, 15th Floor
Los Angeles, CA 90017

Greg Seidel
10297 N. Sinclair Circle
Fresno, CA 93730

Milan Shah
8273 E. Blackwillow
Anaheim, CA 92808

Surendra P. Sinha
7734 Tailspin Lane
Scottsdale, AZ 85255

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Solon Group, Inc.
350 E. 57th Street, Suite 1A
New York, NY 10022

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

Brigette M. Dewez
1601 N. Sepulveda Boulevard
PMB 589
Manhattan Beach, CA  90266

John M. Stephan
Office of the Attorney General
One Ashburton Place, 18th floor
Boston, MA 02108

Thomas J. Welch
Orrick, Herrington & Sutchliffe LLP
400 Capital Mall, Suite 3000
Sacramento, 95814-4497

Robert Valade
HC 74 Box 21B
Pecos, NM 87552

Ronald Wilborn
P.O. Box 170259
Atlanta, GA 30317

Thomas C. Whitesell
c/o  Moses Lebovits
1801Century Park E, 9th Floor
Los Angeles, CA 90067

Paul A. Witter
c/o  Pamela A. Ashby, Esq
Baylor & Jackson
1025 Connecticut Avenue NW
Suite 1202
Washington, DC 20036

Diane Winchester
18018 N. 93rd Place
Scottsdale, AZ 85255

Tom Yoon
3525 Sawtelle Boulevard, #209
Los Angeles, CA 90066

Bryan Wong
Beck & Jenkins
6830 Palm Avenue
Riverside, CA 92506

BNY Mellon Shareholder Services
Attn:  James Kirkland
Relationship manager
400 South Hope Street, 4th Floor
Los Angeles, CA  90071

KPMG Corporate Finance LLC
Plaza Tower Ste 700
600 Anton Blvd
Costa Mesa, CA 92626-7651

Weiland, Golden, et al.
Attn: Evan D. Smiley, Esq.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Klee, Tuchin, Bogdanoff & Stern LLP
Attn:  Lee R. Bogdanoff, Esq.
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6049

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                           **F 9013-3.1.PROOF.SERVICE**